Dawn M. Coulson, State Bar No. 154085
dcoulson@eyclaw.com
Jeffrey A. Cohen, State Bar No. 186420
jcohen@eyclaw.com
**EPPS YONG & COULSON, LLP**
333 S. Hope Street, 35th Floor
Los Angeles, California 90071
(213) 613-2340 - Telephone
(213) 613-2344 - Facsimile

Attorneys for Plaintiff AMERICAN PRESIDENT
LINES, LTD., a Delaware corporation

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL GOURMET FISHERIES, INC., a California corporation; MPI FISHERIES IMPORTS, INC., a California corporation; MPI FISHERIES, INC., a California corporation; RED CHAMBER CO., a California corporation; and DOES 1 through 10, inclusive<br><br>Defendants, | CASE NO. CV10 4704 ODW (RCx)<br><br>IN ADMIRALITY<br><br>**COMPLAINT FOR MONEY DUE UNDER TARIFF, BREACH OF CONTRACT(S), WORK OF LABOR PERFORMED , AND ACCOUNT STATED** |

Plaintiff, American President Lines, Ltd., alleges that:

## FIRST COUNT

### (For Money due Under Tariff Against All Defendants)

1.     This Court has jurisdiction under 28 U.S.C.  §§1331 and 1333.  This matter arises under the laws of the United States, in particular, <u>The Shipping Act of 1984,</u> as amend by the Ocean Shipping Reform Act of 1998, 46 U.S.C. §§1701 et

COMPLAINT

seq. (hereinafter "The Act"), and involves contracts within the jurisdiction or claims pendent or ancillary to the same.  This is an admiralty and maritime claim.

2.     American President Lines, Ltd. (hereinafter "Plaintiff") is a common carrier by water, *inter alia*, in the interstate and foreign commerce of the United States as defined in the Act and was such a common carrier for the benefit of International Gourmet Fisheries, a California corporation, MPI Fisheries Imports, Inc., a California corporation; MPI Fisheries, Inc., a California corporation,  Red Chamber Co., a California corporation, and Does 1through 10, inclusive (hereinafter "Defendants").

3.     Defendants, and each of them, are, and were at all times herein mentioned a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued.  Each Defendant is believed to be the agent or alter-ego of each remaining defendant.

4.     At all times herein mentioned, each of the Defendants was, and is, the agent, servant and employee of each of the other Defendants and all the things alleged to have been done by said Defendants were done in the capacity of and as agents for the other Defendants.

5.     Plaintiff is informed and believes and based thereon alleges that the Defendants, and each of them, are the alter ego of all other Defendants, and each of them, and that there is such a unity of interest between them that separate personalities of the persons and/or entities named and these separate entities or individuals do not exist.  At all times herein mentioned, defendants maintained their business addresses at the same location.  Therefore, if the acts of the Defendants, and each of them, are treated as only one defendant alone, an inequitable result will follow, as the other Defendants will escape responsibility for any breaches of obligations, and/or tortious or fraudulent conduct complained of herein.

6.     The true names and capacities, whether individual, associates,

EPPS YONG & COULSON, LLP
333 S. HOPE STREET, 35TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 613-3240 • FAX (213) 613-2344

1   corporate or otherwise, of the Defendants named herein as DOES 1 through 10,
2   inclusive, are unknown to Plaintiff who therefore sues said Defendants by such
3   fictitious names.  Plaintiff is informed and believes and thereon alleges that each of
4   the fictitiously named Defendants is indebted to Plaintiff as hereinafter alleged.

5        7.     Venue is proper in this judicial district because this is where the claim
6   arose and/or because defendants reside or do business in the district and/or
7   defendants are aliens.

8        8.     Plaintiff has filed a schedule of its rates and charges and service
9   contracts for the carriage of cargo, wharfage and dockage with the Federal Maritime
10  Commission or has otherwise maintained said rates and charges pursuant to the Act.
11  Pursuant to the Act, Plaintiff is prohibited from transporting cargo for a lesser rate
12  than that specified in its tariffs or service contracts.  The Act prohibits Defendants
13  from obtaining transportation or attempting to obtain transportation of cargo at
14  lesser rates.

15       9.     Within the past four years, Plaintiff transported cargo for the benefit of
16  Defendants in the foreign commerce of the United States in the course and scope of
17  Defendants' NVOCC operations.  Such transportation and services provided are
18  evidenced by Plaintiff's service contracts, bills of lading and/or freight bills,
19  invoices, credit agreements and freight guarantees, the terms of which are
20  incorporated herein through this reference.

21       10.     Plaintiff has fully performed its tariff obligations.  A copy of the
22  relevant Bills of Lading are attached hereto as Exhibit "A" and a copy of the
23  relevant Invoices are attached hereto as Exhibit "B" and are each made a part
24  hereof.

25       11.     Plaintiff has demanded that Defendants pay the full amount due of
26  $9,000.00.

27       12.     Defendants, and each of them, have knowingly and willfully failed and
28  refused to pay Plaintiff any part of the full amount due,  despite Plaintiff's repeated

EPPS YONG & COULSON, LLP
3315. HOPE STREET, 35TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 613-2340 • FAX (213) 613-2344

1  demands.

2      13.   As a result, Defendants and each of them are liable to Plaintiff in the

3  amount of $9,000.00 plus reasonable attorneys' fees and pre-judgment interest.

4      14.   Plaintiff has been obligated to institute and prosecute this action to

5  collect on the outstanding balances due pursuant to the contracts, and hired the firm

6  of Epps Yong & Coulson, LLP to do so.  The tariff applicable to the contracts, and

7  that is incorporated by reference into the Bills of Lading, includes an attorneys fees

8  provisions in the event Plaintiff must seek collection thereof.

9                    **SECOND CAUSE OF ACTION**

10               **(Breach of Contract Against All Defendants)**

11      15.   Plaintiff repeats and incorporates paragraphs 1 through 14 of this

12  complaint and incorporates them herein by reference.

13      16.   Said transportation was performed pursuant to written contracts of

14  carriage between Plaintiff and Defendants, as evidenced by the Bills of Lading

15  attached hereto as Exhibit "A."

16      17.   Plaintiff has performed all conditions, covenants and promises required

17  by it to be performed in accordance with the terms and conditions of the contracts,

18  except to the extent that it has been prevented or excused from the aforesaid

19  conditions, covenants and promises by the acts of the Defendants, or any of them.

20      18.   Plaintiff has repeatedly demanded that Defendants pay the amount due

21  under said contracts and the Defendants, and each of them, have failed and refused

22  to pay any part of the full amount due.

23      19.   As a result, Defendants and each of them are liable to Plaintiff in the

24  amount of $9,000.00, plus reasonable attorneys' fees and pre-judgment interest.

25                    **THIRD CAUSE OF ACTION**

26               **(Goods and Services Against All Defendants)**

27      20.   Plaintiff repeats and incorporates Paragraphs 1 through 19, inclusive.

28      21.   On or about the date of demand, the Defendants, and each of them,

EPPS YONG & COULSON, LLP
131 S. HOPE STREET, 33TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 613-2340 • FAX (213) 613-2344

became indebted to Plaintiff for goods and services performed by Plaintiff for the benefit of Defendants, and each of them, as evidenced in the Bills of Lading attached hereto as Exhibit "A", for which Defendants and each of them agreed to pay to Plaintiff.

22.   Despite Plaintiff's repeated demands to Defendants and each of them, no part of the full amount due has been paid to Plaintiff.  As such, there is now due, owing and unpaid for said goods and services provided to Defendants and each of them, the amount of $6,353.00, together with pre-judgment interest.

## FOURTH CAUSE OF ACTION

### (On Open Book Account Against All Defendants)

23.   Plaintiff repeats and incorporates Paragraphs 1 through 22, inclusive.

24.   On or about the date of demand, an account was stated in writing by and between Plaintiff and the Defendants, and each of them, upon which there was due from the Defendants, and each of them, to Plaintiff the aforementioned sum for goods and services provided and performed by Plaintiff for the Defendants, and each of them.  The Defendants, and each of them, accepted and retained the goods and services on said account without objection thereto.  Plaintiff furnished to Defendants, and each of them, on an open book account for services rendered in the value of $9,000.00.

25.   No part of said principal sum of $9,000.00 has been paid to Plaintiff, despite Plaintiff's demands. As such, said sum is now due, owing and unpaid from Defendants, and each of them, to Plaintiff, on said account, together with pre-judgment interest.

## FIFTH CAUSE OF ACTION

### (Account Stated Against All Defendants)

26.   Plaintiff repeats and incorporates Paragraphs 1 through 25, inclusive.

27.   Within the past four years, Plaintiff provided goods and services for Defendants, and each of them, at the request of Defendants, and each of them.

EPPS YONG & COULSON, LLP
333 S. HOPE STREET, 35TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 613-2340 · FAX (213) 613-2344

28.    An account was stated in writing by and between Plaintiff and Defendants, and each of them, and on the statement, a balance of $9,000.00 was found due from Defendants, and each of them, to Plaintiff, and Defendants, and each of them, agreed to pay that balance.

29.    The reasonable value of such unpaid goods and services rendered and costs and expenses incurred for Defendants, and each of them, is the sum of $9,000.00.

30.    Plaintiff demanded payment from Defendants, and each of them, in the amount of $9,000.00, but Defendants, and each of them, have not paid any part of that sum and there is now due and owing from Defendants, and each of them, to Plaintiff the sum of $9,000.00, together with pre-judgment interest.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally, as follows:

1.  For judgment in the principal amount of $9,000.00;

2.  For costs of collection, according to proof;

3.  For costs of suit incurred herein, according to proof;

4.  For pre-judgment and post-judgment interest;

5.  For reasonable attorneys' fees;

6.  For general relief; and

7.  For such other further relief as the Court deems just and proper.

Dated: June 22, 2010

**EPPS YONG & COULSON, LLP**

By: _____
Dawn M. Coulson
Jeffrey A. Cohen
Attorneys for Plaintiff AMERICAN PRESIDENT LINES, LTD., a Delaware corporation

EPPS YONG & COULSON, LLP
333 S. HOPE STREET, 35TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 613-2340 • FAX (213) 613-2344

# EXHIBIT A

# EXHIBIT A

**APL**

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051018065 | APLU 051018065 |

EXPORT REFERENCES

SC EB07/1038

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order at Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG,GD,PRC

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| DEYI 3     759 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side          PARTICULARS FURNISHED BY SHIPPER          Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 3444 | | CTNS   A)LV05200.00.00   SLAC CY/CY | 17860.000KG | 56.000M3 |
| | | | FREIGHT PREPAID | 39374.513LB | 1977.623CF |
| | | | FROZEN COOKED PND TAIL-ON WHITE SHRIMP (PENAEUS VANNAMEI, HTS CODE: 1605.20.1030) | | |
| | | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-11594 CONTRACT NO.:GL-C07111 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | | CLEAN ON BOARD JUNE.26,2007 DE YI 3 V.759E, ZHANJIANG ,CHINA (THREE THOUSAND FOUR HUNDRED AND FORTY FOUR CARTONS ONLY) | | |

CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **
***** APL COPY ****
.** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | GGZ | OCEAN FREIGHT PAYABLE AT | GUANGZHOU, GD, PRC | | |
|---|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.      THE CARRIER

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

AMERICAN PRESIDENT
LINES, LTD.

By:

Authorized Signature:

Date and

Place Issued:

| | | | TOTAL PREPAID | | |
|---|---|---|---|---|---|
| DEC Vessel | 759 Voyage | Office | TOTAL COLLECT | | |

| FCC | 00413421 FORWARDER | 00385518 SHIPPER | 00440046 CONSIGNEE | ZHJ LD. PORT | SPO DIS. PORT | VCA DEST. | NOTIFY | Y CSC | APLU 051018065 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/88

# APL

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS<br>CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE<br>INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG,GUANGDONG PROVINCE,CHINA | BOOKING NUMBER<br>051018065 | B/L NUMBER PAGE  2  OF  2<br>APLU 051018065 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT<br>ZHANJIANG, CHINA |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>DEYI 3      759 | PORT OF LOADING<br>ZHANJIANG, CHINA |
| PORT OF DISCHARGE<br>LOS ANGELES,CA,USA | PLACE OF DELIVERY<br>VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side          **PARTICULARS FURNISHED BY SHIPPER**          Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR**<br>APRU510028-8 | ****SEAL NBR****<br>9036271 | | T/S HT   MODE   QUANT/TYPE<br>R40 96  CY/ CY  3444CTNS<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>17860.00KG | MSMT<br>56.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD   JUN. 26, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|---|

| | FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN   3000/VAN | 3000.00 | | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
| THC | US$   344/VAN | 344.00 | | | |
| AMS | US$   10/EA | 10.00 | | | |
| DOC | RMB   125/EA | 16.35 | | 125.00P | |

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

| D8C | 759 | | TOTAL PREPAID | GGZ | 3370.35 | | 125.00 | By:<br>Authorized Signature: |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | Date and<br>Place Issued:   JUN. 26,2007<br>GUANGZHOU, GD |

| FCC | 00413421 | 00385518 | 00449846 | 2HJ | SPO | VGA | Y | APLU 051018065 |
|---|---|---|---|---|---|---|---|---|
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC   B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>SHANDONG SANFOD GROUP CO.,LTD.<br>96 XIANG GANG ZHONG ROAD.<br>QINGDAO CHINA | **BOOKING NUMBER**<br>063069229    **B/L NUMBER** PAGE 1 OF 1<br>APLU 063069229 |

**EXPORT REFERENCES**
CR# APLU063069229

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES,INC.1912 E.VERNON AVE.,
SUITE 100.VERNON,CA 90058,USA

**FORWARDING AGENT** (References, F.M.C. No.)
TIANJIN ZHENHUA INTL

**POINT AND COUNTRY OF ORIGIN OF GOODS**
QINGDAO, CHINA

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES,INC.
1912 E.VERNON AVE.,SUITE 100.VERNON,CA
90058,USA
TEL:323 588-9933 FAX:323 588-9935

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

| | |
|---|---|
| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT**<br>QINGDAO, CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>APL ALEXANDRITE 115 | **PORT OF LOADING**<br>QINGDAO, CHINA |
| **PORT OF DISCHARGE**<br>LOS ANGELES | **PLACE OF DELIVERY**<br>BUENA PARK |

Excess Valuation Please refer to Clause 7 (3) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | SC GB07/0138E<br>1715 CARTONS | A)LV09900.00.01<br>FROZEN CHUM SALMON PORTIONS<br>FROZEN SKEWER PND TAIL-ON SHRIMP<br>IQF<br>WE HERE CERTIFY THAT THIS SHIPMENT<br>CONTAINS NO SOLID WOOD PACKING<br>MATERIAL<br>SHIPMNE HAS BEEN EFFECTED IN A<br>REEFER CONTAINER SET AT -25'C<br>(ONE THOUSAND SEVEN HUNDRED AND FIFTEEN CARTONS ONLY)     SLAC CY/CY | 18500.000KG<br>40785.470LB | 45.000M3<br>1589.162CF |
| ***CTR NBR**<br>APRU504518-0 | ****SEAL NBR****<br>4309594 | T/S HT   MODE   QUANT/TYPE<br>R40 96 CY/ CY 1715CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>18500.00KG | MSMT<br>45.000M3 |

** FREIGHT COLLECT **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   JUL. 04, 2007

| **B/L TO BE RELEASED AT** TSI | | | | **OCEAN FREIGHT PAYABLE AT** BUENA PARK, CA | | |
|---|---|---|---|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | | | **PREPAID U.S. $** | **COLLECT U.S. $** | **Local Currency** |
|---|---|---|---|---|---|
| OCF | 1VN | 3125/VAN | | 3125.00 | |
| BSC | US$ | 240/VAN | | 240.00 | |
| IMS | US$ | 61/VAN | | 61.00 | |
| THC | RMB | 610/VAN | | | 610.00P |
| AMS | US$ | 10/EA | 80.09 | 10.00 | |
| DOC | RMB | 115/EA | 15.10 | | 115.00P |
| AMA | US$ | 40/EA | 40.00 | | |

The undersigned Carrier hereby acknowledges receipt of
the container or packages or other shipping units
said to contain the Goods described above in apparent
external good order and condition unless otherwise
stated. The Shipper agrees and the Consignee and every
person purchasing this instrument for value, if negoti-
able, or otherwise having an interest in the Goods is
advised that the receipt, custody, carriage and delivery
of the Goods are subject to all the terms and conditions
set forth and incorporated by reference on this side and
the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby
issued by the Carrier. Upon surrender to the Carrier
of any one negotiable bill of lading, properly endorsed,
all others shall stand void.    **THE CARRIER**
AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and      JUL. 04,2007
Place Issued:    QINGDAO, CHI

| N99 115 | | **TOTAL PREPAID** TSI | | |
|---|---|---|---|---|
| Vessel | Voyage | Office | | |
| | | **TOTAL COLLECT** BRK | 135.19 | 3436.00 | 725.00 |

| FCC 00125425<br>FORWARDER | 00553616<br>SHIPPER | 00449946<br>CONSIGNEE | TSI<br>LD. PORT | SPO<br>DIS. PORT | BRK<br>DEST. | | NOTIFY | Y<br>CSC | APLU 063069229<br>B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>PT. KELOLA MINA LAUT<br>JL. K.I.G. RAYA SELATAN KAV C-5,<br>(KAWASAN INDUSTRI GRESIK)<br>GRESIK 61121, SURABAYA, INDONESIA | **BOOKING NUMBER**<br>073806041    **B/L NUMBER** PAGE 1 OF 2<br>APLU 073806041<br>**EXPORT REFERENCES** |

| | |
|---|---|
| **CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)<br><br>INTERNATIONAL GOURMET FISHERIES, INC | **FORWARDING AGENT** (References, F.M.C. No.) |

| | |
|---|---|
| | **POINT AND COUNTRY OF ORIGIN OF GOODS**<br>SURABAYA |
| **NOTIFY PARTY** (Name and Full Address)<br>INTERNATIONAL GOURMET FISHERIES, INC<br>1912 E. VERNON AVENUE, SUITE 168,<br>VERNON, CA 90058, USA<br>ALSO NOTIFY:<br>MAERSK CUSTOMS SERVICES INC.* | **ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/<br>**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**<br>**FROM POINT OF DESTINATION**<br><br>*2999 PACIFIC COMMERCE DRIVE<br>RANCHO DOMINGUEZ, CA 90221, USA<br>TEL : 1-310-537-0251 FAX : 1-310-<br>537-6254 ATTN : LUCY GARCIA |
| **INITIAL CARRIAGE (MODE)**    **PLACE OF RECEIPT***<br>           SURABAYA, ** | # AT SURABAYA, INDONESIA<br>**INDONESIA |
| **EXPORT CARRIER** (Vessel, voyage, & flag)    **PORT OF LOADING**<br>SINAR BALI    208     SURABAYA, ** | ***COLD STORAGE, 6800 CABALLERO<br>BLVD, BUENA PARK CA 90620, USA |
| **PORT OF DISCHARGE**    **PLACE OF DELIVERY***<br>SAN PEDRO, CA     BUENA PARK*** | (USFDA REGISTRATION NO.11175349218)<br>SIN/APL SCOTLAND V.157 |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SC GB07/0138E | 1470 | FREIGHT PREPAID<br>CTNS   AA)LV03130.00.00   SLAC CY/CY<br>1,470 CARTON OF<br>FROZEN RAW PEELED AND<br>DEVEINED TAIL ON SKEWER<br>IQF VANNAMEI WHITE SHRIMP<br><br>P.O. NO. 2-11414<br><br>GW:38,808.00 LBS<br>NW:35,280.00 LBS<br><br>FREIGHT PREPAID INCLUDING<br>DESTINATION DELIVERY CHARGE<br><br>"CARGO IS STOWED IN A REFRIGERATED<br>CONTAINER SET AT THE SHIPPER'S<br>REQUESTED CARRYING TEMPERATURE OF<br>MINUS TWENTY (-20)<br>DEGREE CELCIUS" | 17603.010KG<br>38807.948LB | 60.000M3<br>2118.882CF |

| | | | | |
|---|---|---|---|---|
| ***CTR NBR**    ****SEAL NBR**** | T/S HT    MODE    QUANT/TYPE | | | |
| APRU572831-4 APL 6927660 | R40 96   CY/ CY   1470CTNS | | | |
| | CONTINUED ON FOLLOWING PAGE | | | ***** APL COPY ****<br>** NON-NEGOTIABLE * |

| | | |
|---|---|---|
| **B/L TO BE RELEASED AT**    SUR | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and/or person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION)** | **PREPAID U.S. $**    **COLLECT U.S. $**    **Local Currency** | |

| | | | |
|---|---|---|---|
| | | | **OCEAN FREIGHT PAYABLE AT** |

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

**APL CO. PTE. LTD.**

By:

Authorized Signature:

Date and

Place Issued:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 208 | Office | **TOTAL PREPAID** | | | | | | | |
| Vessel | Voyage | | **TOTAL COLLECT** | | | | | | | |
| FCC | FORWARDER | 00249092<br>SHIPPER | 00449045<br>CONSIGNEE | SUR<br>LD. PORT | SPO<br>DIS. PORT | BPK<br>DEST. | NOTIFY | Y<br>CSC | APLU 073806041<br>B/L NUMBER | |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# BILL OF LADING

**APL**

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>PT. KELOLA MINA LAUT<br>JL. K.I.G. RAYA SELATAN KAV C-5,<br>(KAWASAN INDUSTRI GRESIK)<br>GRESIK 61121, SURABAYA, INDONESIA | **BOOKING NUMBER**<br>073806041  **B/L NUMBER** PAGE   2   OF   2<br>APLU 073806041<br>**EXPORT REFERENCES** |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

INTERNATIONAL GOURMET FISHERIES, INC

**FORWARDING AGENT** (Reference, F.M.C. No.)

**POINT AND COUNTRY OF ORIGIN OF GOODS**
SURABAYA

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC
1912 E. VERNON AVENUE, SUITE 168,
VERNON, CA 90058, USA
ALSO NOTIFY:
MAERSK CUSTOMS SERVICES INC.*

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**
*2999 PACIFIC COMMERCE DRIVE
RANCHO DOMINGUEZ, CA 90221, USA
TEL : 1-310-537-0251 FAX : 1-310-
537-6254 ATTN : LUCY GARCIA
# AT SURABAYA, INDONESIA
**INDONESIA
***COLD STORAGE, 6800 CABALLERO
BLVD, BUENA PARK CA 90620, USA
(USFDA REGISTRATION NO.11175349218)
SIN/APL SCOTLAND V.157

| | |
|---|---|
| **INITIAL CARRIAGE** (MODE)* | **PLACE OF RECEIPT***<br>SURABAYA, ** |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>SINAR BALI    208 | **PORT OF LOADING**<br>SURABAYA, ** |
| **PORT OF DISCHARGE**<br>SAN PEDRO, CA | **PLACE OF DELIVERY***<br>BUENA PARK*** |

**Excess Valuation Please refer to Clause 7 (iii) on Reverse Side**   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** T/S HT   MODE   QUANT/TYPE<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | | | |

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD BY SINAR BALI VOY.208 #   JUN. 20, 2007

| | | |
|---|---|---|
| **B/L TO BE RELEASED AT** | **OCEAN FREIGHT PAYABLE AT** | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse thereof, whether written, stamped or printed.<br>A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER** |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|---|
| OCF | 1VN | 2690/VAN | 2690.00 | | | APL CO. PTE. LTD. |
| BSC | US$ | 240/VAN | 240.00 | | | |
| DDC | US$ | 835/VAN | 835.00 | | | |
| IMS | US$ | 64/VAN | 64.00 | | | **By:** |
| THC | US$ | 209/VAN | 209.00 | | | Authorized Signature: |
| AMS | US$ | 10/EA | 10.00 | | | Date and   JUN. 20, 2007 |
| DOC | IDR | 100000/EA | 11.33 | | 100000.00P | Place Issued:   SURABAYA |

| Vessel | Voyage | Office | TOTAL PREPAID | SUR | 4059.33 | TOTAL COLLECT | | 100000.00 | |
|---|---|---|---|---|---|---|---|---|---|
| 000 | 208 | | | | | | | | |

| FCC | FORWARDER | 00249092 SHIPPER | 00449846 CONSIGNEE | SUB LD. PORT | SPO DIS. PORT | BPK DEST. | NOTIFY | Y CSC | APLU 073806041 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/88

# BILL OF LADING

APL

| SHIPPER (Principal or Seller licensee and full address) | | |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051018108 | **B/L NUMBER** PAGE 1 OF 2 APLU 051018108 |
| | **EXPORT REFERENCES** SC EB07/1038 | |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE , RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| **INITIAL CARRIAGE (MODE)*** | **PLACE OF RECEIPT*** ZHANJIANG, CHINA |
|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag) DEYI 3        763 | **PORT OF LOADING** ZHANJIANG, CHINA |
| **PORT OF DISCHARGE** LOS ANGELES,CA,USA | **PLACE OF DELIVERY*** VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 900 | | FREIGHT PREPAID CTNS   A)LV09900.00.00   SLAC CY/CY | 18120.000KG 39947.714LB | 56.000M3 1977.623CF |
| | | | FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAMEI) | | |
| | | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-11584 CONTRACT NO.:GL-C07122 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | | CLEAN ON BOARD JULY 03,2007 DE YI 3 V.763E, ZHANJIANG ,CHINA (NINE HUNDRED CARTONS ONLY) | | |
| ***CTR NBR** APRU572611-6 | ****SEAL NBR**** 9037648 | | T/S HT    MODE    QUANT/TYPE R40 96  CY/ CY   900CTNS CONTINUED ON FOLLOWING PAGE | WEIGHT 18120.00KG ** FREIGHT *****  APL COPY ** NON-NEGOTIABLE | MSMT 56.000M3 PREPAID ** **** * |

| B/L TO BE RELEASED AT GGZ | OCEAN FREIGHT PAYABLE AT GUANGZHOU, GD, PRC | |
|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| D8C 763 | | | TOTAL PREPAID | | |
|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | |

| FCC 00413421 | 00385510 | 00149946 | ZHJ | GPO | VCA | | APLU 051018108 |
|---|---|---|---|---|---|---|---|
| FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER |
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO., LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG, GUANGDONG PROVINCE, CHINA | 051018108 |

BOOKING NUMBER: 051018108

B/L NUMBER: APLU 051018108   PAGE 2 OF 2

EXPORT REFERENCES: SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058, USA
TEL:323-234-9000 FAX: 323-235-5500

FORWARDING AGENT (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

POINT AND COUNTRY OF ORIGIN OF GOODS
ZHANJIANG, GD, PRC

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058, USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221, USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG, CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| DEYI 3        763 | ZHANJIANG, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES, CA, USA | VERNON, CA, USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side

**PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** | ***SEAL NBR**** | T/S HT MODE QUANT/TYPE | GROSS WEIGHT | MEASUREMENT |
| | | ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT | MSMT |

** FREIGHT PREPAID **

SHIPPED ON BOARD   JUL. 03, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| OCF  1VN  3000/VAN | 3000.00 | | | |
| THC  US$  344/VAN | 344.00 | | | |
| AMS  US$  10/EA | 10.00 | | | |
| DOC  RMB  125/EA | 16.41 | | 125.00P | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

THE CARRIER
AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and  JUL. 03, 2007
Place Issued:  GUANGZHOU, GD

| | | | TOTAL PREPAID | GGZ | 3370.41 | | 125.00P |
|---|---|---|---|---|---|---|---|
| 08C  763 | | | TOTAL COLLECT | | | | 125.00 |
| Vessel | Voyage | Office | | | | | |
| 00413431 | | 00385518 | 00449946 | 2HJ | SPO | VCA | APLU 051018108 |
| FORWARDER | | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | B/L NUMBER |

PPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL
## BILL OF LADING

**SHIPPER (Principal or Seller licensee and full address)**

ZHANJIANG GUOLIAN AQUATIC PRODUCTS
CO., LTD.
NO. 6 YONGPING SOUTH ROAD, PINGLE
INDUSTRY DEVELOPMENT REGION,
ZHANJIANG, GUANGDONG PROVINCE, CHINA

**BOOKING NUMBER**
050319178

**B/L NUMBER** PAGE  1  OF  1
APLU 050319178

**EXPORT REFERENCES**
SC EB06/0495

**CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)**
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER

**FORWARDING AGENT (References, F.M.C. No.)**
SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG, GD, PRC

**NOTIFY PARTY (Name and Full Address)**

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 168,
VERNON, CA 90058, USA
TEL: 323-588-9935 FAX: 323-588-9935

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION**

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICES INC.
2999 PACIFIC COMMERCE DRIVE RANCHO
DOMINGUEZ, CA 90221., USA
FAX:1-310-537-6254

*U.S.A.

**INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT**
ZHANJIANG, CHINA

**EXPORT CARRIER (Vessel, voyage, & flag)** | **PORT OF LOADING**
DEYI 3        004 | ZHANJIANG, CHINA

**PORT OF DISCHARGE** | **PLACE OF DELIVERY**
LOS ANGELES,CA,U.S.A. | PERTH AMBOY,NJ,*

---

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 3549 CTNS | FREIGHT PREPAID A)LV03200.00.00  SLAC CY/CY | 17760.000KG 39154.051LB | 56.000M3 1977.623CF |
| | | FROZEN COOKED PND TAIL-ON WHITE SHRIMP (PENAEUS VANNAMEI, HTS CODE: 1605.20.1030) GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREE CELSIUS PO NO.:MPI242206 FDA REGISTRATION NO.: 17104720778 THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIAL. (THREE THOUSAND FIVE HUNDRED AND FORTY NINE CARTONS ONLY) | | |

***CTR NBR**  ****SEAL NBR****  T/S HT    MODE    QUANT/TYPE    WEIGHT    MSMT
TOLU783192-3 5584252      **       R40 96  CY/ CY  3549CTNS    17760.00KG  56.000M3
                          **  SHIPPER'S LOAD, STOW AND COUNT **

** FREIGHT PREPAID **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   OCT. 04, 2006

---

**B/L TO BE RELEASED AT**  GGZ

**OCEAN FREIGHT PAYABLE AT**  GUANGZHOU, GD, PRC

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN 7256/VAN | 7256.00 | | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
| PSS | US$ 100/VAN | 100.00 | | | |
| THC | US$ 344/VAN | 344.00 | | | |
| AMS | US$ 10/EA | 10.00 | | | |
| DOC | RMB 125/EA | 15.78 | | 125.00P | A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER AMERICAN PRESIDENT LINES, LTD. |
| | | | | | By: |
| | | | | | Authorized Signature: |

| D&C | 004 | | TOTAL PREPAID | GGZ | 7725.78 | | 125.00 | Date and Place issued | OCT. 04, 2006 |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | GUANGZHOU, GD |

| FCC | 00413421 FORWARDER | 00395510 SHIPPER | 00442846 CONSIGNEE | ZHJ LD. PORT | SPO DIS. PORT | PEU DEST. | NOTIFY | Y CSC | APLU 050319178 B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051033155 | **B/L NUMBER** PAGE 1 OF 2 APLU 051033155 |
| | **EXPORT REFERENCES** SC EB07/1038 | |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.")

TO ORDER OF
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG, GD, PRC

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* ZHANJIANG ,CHINA | * USA |
|---|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag) TAIYI 811 | **PORT OF LOADING** ZHANJIANG ,CHINA | "FOR STORE DOOR DELIVERY" |
| **PORT OF DISCHARGE** LOS ANGELES, CA,USA | **PLACE OF DELIVERY** BUENA PARK, CA,* | |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side

**PARTICULARS FURNISHED BY SHIPPER**

Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 3500 CTNS | FREIGHT PREPAID A)LV09900.00.00   SLAC CY/CY FROZEN COOKED PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME, HTS CODE: 1605.20.1030) GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12291 CONTRACT NO.: GL-C07467 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID CLEAN ON BOARD NOVEMBER 27,2007 TAI YI V.811E, ZHANJIANG ,CHINA (THREE THOUSAND FIVE HUNDRED CARTONS ONLY) CONTINUED ON FOLLOWING PAGE | 18000.000KG 39683.160LB | 56.000M3 1977.623CF |

** FREIGHT PREPAID **
***** ABL COPY *****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT   GGZ | | OCEAN FREIGHT PAYABLE AT   GUANGZHOU, GD, PRC | | |
|---|---|---|---|---|
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION)** | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.
A set of 3 original/s of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.
THE CARRIER
AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature
Date and
Place Issued:

| | 912 | 911 | TOTAL PREPAID | | |
|---|---|---|---|---|---|
| | Vessel | Voyage | Office | TOTAL COLLECT | |

| FCC | 00413431 FORWARDER | 00385518 SHIPPER | 00449846 CONSIGNEE | ZHJ LD. PORT | SPO DIS. PORT | BPK DEST. | NOTIFY | X CSC | APLU 051033155 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE   2   OF   2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033155 | APLU 051033155 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

* USA

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG ,CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** |
| TAIYI            811 | ZHANJIANG ,CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| LOS ANGELES, CA,USA | BUENA PARK, CA,* |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** APRU571201-0 | ****SEAL NBR**** AA0151226 ** | T/S HT   MODE   QUANT/TYPE R40 96  CY/ CY  3500CTNS SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18000.00KG | MSMT 56.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD  NOV. 27, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this Instrument for value, if negotiable, or otherwise having an interest in the Goods be advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

| | | | | |
|---|---|---|---|---|
| OCF | 1VN | 3000/VAN | 3000.00 | |
| THC | US$ | 344/VAN | 344.00 | |
| AMS | US$ | 10/EA | 10.00 | |
| DOC | RMB | 125/EA | 16.82 | 125.00P |

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature

| 817 | 811 | Office | TOTAL PREPAID | GGZ | 3370.82 | | 125.00 |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | | TOTAL COLLECT | | | | |

Date and Place Issued   NOV. 27,2007
GUANGZHOU,GD

| FCC | 00413421 FORWARDER | 00385518 SHIPPER | 00440846 CONSIGNEE | ZHJ LD. PORT | SPQ DIS. PORT | BPK DEST. | NOTIFY | Y CSC | APLU 051033155 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 1 |
|---|---|---|
| RIZHAO SMART FOODS CO.,LTD. WEST SIDE OF ZHAOYANG BEI ROAD RIZHAO SHANDONG CHINA | 063109827 | APLU 063109827 |

**EXPORT REFERENCES**
CR# APLU063109827

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES,INC.1912 E.VERNON AVE.,
SUITE 100,VERNON,CA 90058,USA

**FORWARDING AGENT** (References, F.M.C. No.)
TIANJIN ZHENHUA INTL

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES,INC.
1912 E.VERNON AVE.,SUITE 100,VERNON,
CA 90058,USA
TEL:323 588-9933;FAX:323 588-9935

**POINT AND COUNTRY OF ORIGIN OF GOODS**
QINGDAO, CHINA

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICES INC.
2999 PACIFIC COMMERCE
DRIVE,RANCHO DOMINGUEZ,CA 90221,USA,
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | QINGDAO, CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** |
| APL SINGAPORE    117 | QINGDAO, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| SAN PEDRO, CA | BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | SC GB07/0138E 4000 CARTONS | A)LV09900.00.01 SLAC CY/CY FROZEN CHUM SALMON PORTIONS TEMP:-18°C FREIGHT PREPAID (FOUR THOUSAND CARTONS ONLY) | 18830.000KG 41512.995LB | 45.000M3 1589.162CF |
| ***CTR NBR** APRU577999-1 | ****SEAL NBR**** 4856141** | R40 96    T/S HT    MODE    QUANT/TYPE CY / CY    4000CTNS SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18830.00KG | MSMT 45.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD  DEC. 12, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT    TSI | OCEAN FREIGHT PAYABLE AT    QINGDAO, CHINA | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated on this side and the reverse hereof, whether written, stamped or printed. |
| OCF    1VN    2290/VAN | 2290.00 | | | |
| BSC    US$    240/VAN | 240.00 | | | |
| DDC    US$    835/VAN | 835.00 | | | |
| IMS    US$    75/VAN | 75.00 | | | A set of    3    originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.  THE CARRIER |
| THC    RMB    610/VAN | | | 82.10 | AMERICAN PRESIDENT |
| AMS    US$    10/EA | 10.00 | | 610.00P | LINES, LTD. |
| DOC    RMB    125/EA | 16.82 | | 125.00P | By: |

| A03 | 117 | | TOTAL PREPAID | TSI | 3548.92 | 735.00 | Authorized Signature: |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | Date and    DEC. 12, 2007 |
| | | | | | | | Place Issued    QINGDAO, CHI |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 00125425 | 00665760 | 00449846 | TSI | SPO | BPK | | | Y | APLU 063109827 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033307 | | APLU 051033307 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**EXPORT REFERENCES**

SC EB07/1038

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

*USA

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG, CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| CHANG YUAN 8    785 | ZHANJIANG, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES,CA,USA | BUENA PARK,CA,* |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 930 CTNS | FREIGHT PREPAID A)LV09900.00.00   SLAC CY/CY FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME) GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. CONTRACT NO.:GL036 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID CLEAN ON BOARD DECEMBER 10,2007 CHANG YUAN 8 V.785E, ZHANJIANG , CHINA (NINE HUNDRED AND THIRTY CARTONS ONLY) | 18560.000KG 40917.747LB | 56.000M3 1977.623CF |
| ***CTR NBR** APRU560381-0 | ****SEAL NBR**** 9037612 | T/S HT    MODE    QUANT/TYPE R40 96  CY/ CY    930CTNS CONTINUED ON FOLLOWING PAGE | WEIGHT 18560.00KG ** FREIGHT PREPAID ** **** ABL COPY **** ** NON-NEGOTIABLE * | MSMT 56.000M3 |

| B/L TO BE RELEASED AT GGZ | OCEAN FREIGHT PAYABLE AT GUANGZHOU, GD, PRC | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this Instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |

A set of    3    originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| F6C | 785 | | TOTAL PREPAID | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | |
| FCC 09413431 FORWARDER | 00395518 SHIPPER | 00449846 CONSIGNEE | ZHJ LD. PORT | SPD DIS. PORT | BPK DEST. | NOTIFY   Y CSC APLU 051033307 B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 2 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033307 | APLU 051033307 |

EXPORT REFERENCES

SC EB07/1038

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG, GD, PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* | *USA |
|---|---|---|
| | ZHANJIANG, CHINA | "FOR STORE DOOR DELIVERY" |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING | |
| CHANG YUAN 8      785 | ZHANJIANG, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY* | |
| LOS ANGELES,CA,USA | BUENA PARK,CA,* | |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side

| | | PARTICULARS FURNISHED BY SHIPPER | Payment by Cheque must be made to the order of APL Co. Pte Ltd |
|---|---|---|---|

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** | T/S HT   MODE   QUANT/TYPE ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT | MSMT |

** FREIGHT PREPAID **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   DEC. 10, 2007

| A. TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| FREIGHT RATES,CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

| | | | | |
|---|---|---|---|---|
| OCF | 1VN | 3000.00/VAN | 3000.00 | |
| THC | US$ | 344/VAN | 344.00 | |
| AMS | US$ | 10/EA | 10.00 | |
| DOC | RMB | 125/EA | 16.82 | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if applicable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:

| | | | | | |
|---|---|---|---|---|---|
| F6C 785 | TOTAL PREPAID | GGZ | | | Authorized Signature |
| Vessel | Voyage | Office | TOTAL COLLECT | 3370.82 | Date and DEC. 10,2007 |
| | | | | 125.00 | Place Issued GUANGZHOU, GD |
| FCC 00413421 | FORWARDER 00305518 | SHIPPER 00449846 | CONSIGNEE 2HJ | LD. PORT SPO | DIS. PORT BPK | DEST. | NOTIFY | CSC | B/L NUMBER APLU 051033307 |

PPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00.150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS<br>CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE<br>INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051033320 **B/L NUMBER** PAGE 1 OF 1<br>APLU 051033320 |
| | **EXPORT REFERENCES**<br>SC EB07/1038 |

| | |
|---|---|
| **CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.")<br>TO ORDER OF INTERNATIONAL GOURMET<br>FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **FORWARDING AGENT** (References, F.M.C. No.)<br>SHANTOU PINGYE<br>INTERNATIONAL F5 FLOOR, HANGYUN<br>BUILDING NO.142 HONGW<br>**POINT AND COUNTRY OF ORIGIN OF GOODS**<br>ZHANJIANG,GD,PRC |

| | |
|---|---|
| **NOTIFY PARTY** (Name and Full Address)<br>INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>MAERSK CUSTOMS SERVICE INC.<br>2999 PACIFIC COMMERCE<br>DRIVE, RANCHO DOMINGUEZ,<br>CA 90221,USA<br>FAX:1-310-537-6254 |

| | | |
|---|---|---|
| **INITIAL CARRIAGE** (MODE)* | **PLACE OF RECEIPT**<br>ZHANJIANG, CHINA | *USA |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>TAIYI          819 | **PORT OF LOADING**<br>ZHANJIANG, CHINA | |
| **PORT OF DISCHARGE**<br>LOS ANGELES,CA,USA | **PLACE OF DELIVERY**<br>BUENA PARK,CA,* | "FOR STORE DOOR DELIVERY" |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER.**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 930 | FREIGHT PREPAID<br>CTNS   A)LV05200.00.00   SLAC CY/CY<br>FROZEN RAW PND TAIL-OFF WHITE<br>SHRIMP (PENAEUS VANNAME)<br>GOODS ARE STORED AND TRANSPORTED<br>IN REEFER CONTAINER,<br>TEMPERATURE SET AT MINUS 18<br>DEGREES CELSIUS.<br>CONTRACT NO.:GL045<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br><br>CLEAN ON BOARD DECEMBER 11,2007<br>TAI YI V.819E, ZHANJIANG ,CHINA<br>(NINE HUNDRED AND THIRTY CARTONS ONLY) | 18560.000KG<br>40917.747LB | 56.000M3<br>1977.623CF |
| ***CTR NBR**<br>APLU694517-0 AA | ****SEAL NBR**** T/S HT   MODE   QUANT/TYPE<br>0150284      R40 96  CY/ CY   930CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT **<br>** FREIGHT PREPAID ** | | WEIGHT<br>18560.00KG | MSMT<br>56.000M3 |
| | | | ***** APL COPY ****<br>** NON-NEGOTIABLE * | |
| | | SHIPPED ON BOARD   DEC. 11, 2007 | | |

| | | | | |
|---|---|---|---|---|
| | **OCEAN FREIGHT PAYABLE AT** GUANGZHOU, GD, PRC | | | |
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION)** | | **PREPAID U.S. $** | **COLLECT U.S. $** | **Local Currency** |
| OCF | 1VN | 3000/VAN | 3000.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on the side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    **THE CARRIER**

**AMERICAN PRESIDENT LINES, LTD.**

| | | | | |
|---|---|---|---|---|
| 817 | 819 | **TOTAL PREPAID** GGZ | 3370.82 | By: |
| **Vessel** | **Voyage** | **Office** | | Authorized Signature: |
| | | **TOTAL COLLECT** | | 125.00 | Date and Place Issued   DEC. 11,2007<br>GUANGZHOU, GD |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 00413421 | 00285510 | 00449046 | | ZHJ | SPO | BPK | | Y | APLU 051033320 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# BILL OF LADING

**APL**

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033365 | APLU 051033365 |

EXPORT REFERENCES

SC EB07/1038

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

FORWARDING AGENT (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG,GD,PRC

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| TAIYI          V/821E | ZHANJIANG, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES,CA,USA | BUENA PARK,CA, * |

*USA

"FOR STORE DOOR DELIVERY"

Excess Valuation Please refer to Clause 7 (3) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| KKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 1800 CTNS | | FREIGHT PREPAID A)LV09900.00.00   SLAC CY/CY FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME) | 18120.000KG 39947.714LB | 56.000M3 1977.623CF |
| | | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12582 CONTRACT NO.:GL-C07728 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | | CLEAN ON BOARD DECEMBER 14,2007 TAI YI V.821E, ZHANJIANG ,CHINA (ONE THOUSAND EIGHT HUNDRED CARTONS ONLY) | | |

| ***CTR NBR** APLU691393-2 | ****SEAL NBR**** AA0150473 | T/S HT R40 96 | MODE CY/ CY | QUANT/TYPE 1800CTNS | WEIGHT 18120.00KG | MSMT 56.000M3 |
|---|---|---|---|---|---|---|

CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **
***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT GGZ | OCEAN FREIGHT PAYABLE AT GUANGZHOU, GD, PRC | |
|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:

Authorized Signature:

Date and
Date Issued:

| 817 Vessel | 821 Voyage | Office | TOTAL PREPAID | | |
|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | |

| FCC | 00413421 FORWARDER | 00305510 SHIPPER | 00449846 CONSIGNEE | 311Y LD. PORY | SPO DIS. PORY | BPK DEST. | NOTIFY | Y CSC | APLU 051033365 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 2 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033365 | APLU 051033365 |

**EXPORT REFERENCES**

SC EB07/1038

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) |
|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 |

**FORWARDING AGENT (References, F.M.C. No.)**

SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

| NOTIFY PARTY (Name and Full Address) |
|---|
| INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 |

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**

MAERSK CUSTOMS SERVICE INC. 2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ, CA 90221,USA FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAIYI          V/821E | ZHANJIANG, CHINA |

*USA

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES,CA,USA | BUENA PARK,CA,* |

"FOR STORE DOOR DELIVERY"

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | N | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** | | T/S HT   MODE    QUANT/TYPE ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT | MSMT |

** FREIGHT PREPAID **

***** APL COPY **** ** NON-NEGOTIABLE *

SHIPPED ON BOARD   DEC. 14, 2007

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and brought by reference on this side and the reverse hereof, whether written, stamped or printed. |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | | |
| OCF    1VN    3000/VAN | 3000.00 | | | | A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER |
| THC    US$    344/VAN | 344.00 | | | | |
| AMS    US$    10/EA | 10.00 | | | | AMERICAN PRESIDENT LINES, LTD. |
| DOC    RMB    125/EA | 16.82 | | 125.00P | | |
| | | | | | By: |

| 817 | 821 | | TOTAL PREPAID | GGZ | 3370.82 | | 125.00 | Authorized Signature: |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | Date and Place Issued: DEC. 14,2007 GUANGZHOU,GD |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L Number |
|---|---|---|---|---|---|---|---|---|---|
| 00413421 | 00305518 | 00449846 | ZILI | SPO | BPK | | V | APLU 051033365 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL                       BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033233 | PAGE    1   OF   2 APLU 051033233 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG, CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| CHANG YUAN 8      781 | ZHANJIANG, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES,CA,USA | VERNON, CA,USA |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side

PARTICULARS FURNISHED BY SHIPPER

Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 1000 | | FREIGHT PREPAID CTNS  A)LV09905.00.00   SLAC CY/CY | 18120.000KG 39947.714LB | 56.000M3 1977.623CF |
| | | | FROZEN BREADED BUTTERFLY WHITE SHRIMP (PENAEUS VANNAME) | | |
| | | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12610 CONTRACT NO.:GL-C07751 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | | CLEAN ON BOARD DECEMBER 03,2007 CHANG YUAN 8 V.781E, ZHANJIANG , CHINA | | |
| | | | (ONE THOUSAND CARTONS ONLY) | | |
| | | | CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID ** ***** ABL COPY **** ** NON-NEGOTIABLE * | | |

| B/L TO BE RELEASED AT | GGZ | OCEAN FREIGHT PAYABLE AT | GUANGZHOU, GD, PRC | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

| | | | TOTAL PREPAID | | | | By: |
|---|---|---|---|---|---|---|---|
| E6C | 781 | | | | | | Authorized Signature: |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | Date and |
| | | | | | | | Place Issued: |
| FCC | 09413421 FORWARDER | 00285518 SHIPPER | 00449046 CONSIGNEE | ZHJ LD. PORT | SPO DIS. PORT | VCA DEST. | X NOTIFY | CSC | APLU 051033233 B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE  2 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033233 | APLU 051033233 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254
"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG, CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** |
| CHANG YUAN 8     781 | ZHANJIANG, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| LOS ANGELES,CA,USA | VERNON, CA,USA |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER** · Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** APRU500988-2 AA0150313 | ****SEAL NBR**** ** SHIPPER'S | T/S HT   MODE   QUANT/TYPE R40 96  CY/ CY  1000CTNS LOAD, STOW AND COUNT ** | WEIGHT 18120.00KG | MSMT 56.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD  DEC. 03, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

**B/L TO BE RELEASED AT**

**OCEAN FREIGHT PAYABLE AT**

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN | 3000/VAN | 3000.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.
A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.
THE CARRIER
AMERICAN PRESIDENT LINES, LTD.

| | | | | |
|---|---|---|---|---|
| **F6C** 781 Vessel Voyage | **TOTAL PREPAID** GGZ | 3370.82 | | By: Authorized Signature |
| Office | **TOTAL COLLECT** | | 125.00 | Date and DEC. 03, 2007 Place Issued: GUANGZHOU, GD |

| FCC | **FORWARDER** 00413421 | **SHIPPER** 00385518 | **CONSIGNEE** 00449846 | **LD. PORT** ZHJ | **DIS. PORT** SPO | **DEST.** VCA | **NOTIFY** | **CSC** Y | **B/L NUMBER** APLU 051033233 |
|---|---|---|---|---|---|---|---|---|---|

*APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br><br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS<br>CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE<br>INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG,GUANGDONG PROVINCE,CHINA | BOOKING NUMBER<br>051033771 · B/L NUMBER PAGE   1  OF   2<br>APLU 051033771<br><br>EXPORT REFERENCES<br>SC EB07/1038 |

| | |
|---|---|
| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)<br><br>TO ORDER OF<br>INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE. SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | FORWARDING AGENT (References, F.M.C. No.)<br>SHANTOU PINGYE INTERNATIO<br>5 FLOOR, HANGYUN BUILDING NO.142 HONGW<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>ZHANJIANG, GD, PRC |

| | |
|---|---|
| NOTIFY PARTY (Name and Full Address)<br><br>INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE. SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br><br>MAERSK CUSTOMS SERVICE INC.<br>2999 PACIFIC COMMERCE<br>DRIVE, RANCHO DOMINGUEZ,<br>CA 90221,USA<br>FAX:1-310-537-6254<br>"FOR STORE DOOR DELIVERY" |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT*<br>ZHANJIANG ,CHINA | |
|---|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>CHANG YUAN 8      805 | PORT OF LOADING<br>ZHANJIANG ,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA,USA | PLACE OF DELIVERY*<br>RICHMOND, VA,USA | |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side · PARTICULARS FURNISHED BY SHIPPER · Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 750<br>CTNS | FREIGHT PREPAID<br>A)LV05200.00.00   SLAC CY/CY<br><br>FROZEN RAW PND TAIL-OFF WHITE<br>SHRIMP(PENAEUS VANNAME)<br><br>GOODS ARE STORED AND TRANSPORTED<br>IN REEFER CONTAINER,<br>TEMPERATURE SET AT MINUS 18<br>DEGREES CELSIUS.<br>PO NO.: 2-12959<br>CONTRACT NO.:GL-SF048<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br><br>CLEAN ON BOARD JANUARY 21,2008<br>CHANG YUAN 8 V.805E, ZHANJIANG ,<br>CHINA<br>(SEVEN HUNDRED AND FIFTY CARTONS ONLY)<br><br>CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **<br>***** APL COPY ****<br>** NON-NEGOTIABLE * | 18320.000KG<br>40388.638LB | 56.000M3<br>1977.623CF |

| | | |
|---|---|---|
| B/L TO BE RELEASED AT      GGZ | OCEAN FREIGHT PAYABLE AT   GUANGZHOU, GD, PRC | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|
| | | | |

A set of     3     originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER
**AMERICAN PRESIDENT LINES, LTD.**

By:
Authorized Signature:
Date and
Place Issued:

| | | | | | |
|---|---|---|---|---|---|
| F6C  805<br>Vessel  Voyage  Office | TOTAL PREPAID | | | | |
| | TOTAL COLLECT | | | | |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 00413421 | 00385510 | 00449946 | 2HJ | SFO | RIH | | Y | APLU 051033771 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051033771 | **B/L NUMBER** PAGE   2   OF   2 APLU 051033771 |
| | **EXPORT REFERENCES** SC EB07/1038 | |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)

TO ORDER OF
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000/ FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000/ FAX: 323-235-5500

**ALSO NOTIFY** (Name and Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254
"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT | |
|---|---|---|
| | ZHANJIANG ,CHINA | |
| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** | |
| CHANG YUAN 8     805 | ZHANJIANG ,CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | |
| LOS ANGELES, CA,USA | RICHMOND, VA,USA | |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** APRU500243-0 | 835199 | ****SEAL NBR****   T/S HT   MODE   QUANT/TYPE R40 96   CY/ CY   750CTNS ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18320.00KG | MSMT 56.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD   JAN. 21, 2008

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if applicable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
| OCF | 1VN | 7856/VAN | 7856.00 | | |
| PSS | US$ | 100/VAN | 100.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 17.08 | | 125.0P |

A set of   3   originals of this bill of lading is hereby
issued by the Carrier. Upon surrender to the Carrier
of any one negotiable bill of lading, properly endorsed,
all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

| | | | TOTAL PREPAID | | TOTAL COLLECT | | | By: |
|---|---|---|---|---|---|---|---|---|

| | | | TOTAL PREPAID | GGZ | 8327.08 | | | Authorized Signature: |
| F6C | 905 | | | | | | | Date and JAN. 21,2008 |
| Vessel | Voyage | Office | TOTAL COLLECT | | | 125.00 | | Place Issued: GUANGZHOU,GD |

| FCC | 00413421 | 00385510 | 00440046 | ZHJ | SPO | RTH | | X | APLU 051033771 |
|---|---|---|---|---|---|---|---|---|---|
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS<br>CO. LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE<br>INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG, GUANGDONG PROVINCE, CHINA | **BOOKING NUMBER** 051059056<br>**B/L NUMBER** PAGE 1 OF 1<br>APLU 051059056<br>**EXPORT REFERENCES**<br>SC EB08/0635 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.")

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058, USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW
**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG, GD, PRC

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058, USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254
*USA
"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT*<br>ZHANJIANG, CHINA |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>TAIYI            903 | PORT OF LOADING<br>ZHANJIANG, CHINA |
| PORT OF DISCHARGE<br>LOS ANGELES,CA,USA | PLACE OF DELIVERY*<br>BUENA PARK,CA,* |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER** .   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 1800<br>CTNS | FREIGHT PREPAID<br>A)LV05200.00.00   SLAC CY/CY<br>FROZEN COOKED PUD TAIL-OFF WHITE<br>SHRIMP<br>(PENAEUS VANNAME)<br>GOODS ARE STORED AND TRANSPORTED<br>IN REEFER CONTAINER,<br>TEMPERATURE SETTING IS MINUS 18<br>DEGREE CELSIUS.<br>PO NO.: 2-13370<br>CONTRACT NO.:GL-D08169<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br>(ONE THOUSAND EIGHT HUNDRED CARTONS ONLY) | 18000.000KG<br>39683.160LB | 56.000M3<br>1977.623CF |
| ***CTR NBR**<br>APRU575915-1 | ****SEAL NBR****<br>6615455<br>** | T/S HT    MODE    QUANT/TYPE<br>R40 96   CY/ CY   1800CTNS<br>SHIPPER'S LOAD, STOW AND COUNT **<br>** FREIGHT PREPAID **<br>SHIPPED ON BOARD   MAY. 23, 2008 | WEIGHT<br>18000.00KG | MSMT<br>56.000M3<br>***** APL COPY ****<br>** NON-NEGOTIABLE * |

**B/L TO BE RELEASED AT** GGZ

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | OCEAN FREIGHT PAYABLE AT<br>GUANGZHOU, GD, PRC | | |
|---|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| OCF | 1VN 3150/VAN | 3150.00 | | |
| CAF | US$ 200/VAN | 200.00 | | |
| THC | US$ 344/VAN | 344.00 | | |
| AMS | US$ 10/EA | 10.00 | | |
| DOC | RMB 125/EA | 17.86 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent said to contain good order and condition unless otherwise stated. The Shipper agrees and the Consignee and any person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. A set of **3** originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**
AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature
Date: MAY. 23, 2008
Place Issued: GUANGZHOU, GD

| 817 | 903 | | TOTAL PREPAID | GGZ | 3721.86 | 125.00 |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | |

| FCC | 00413421 | 00395510 | 00449846 | ZHU | SDO | BPK | | Y | APLU 051059056 |
|---|---|---|---|---|---|---|---|---|---|
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL

## BILL OF LADING

CBL #: 702768
9/21/07   KL7

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| PT.CENTRALWINDU SEJATI JL MEDAN BELAWAN KM 10.5 MEDAN, INDONESIA | 073702768 | APLU 073702768 |

EXPORT REFERENCES

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO THE ORDER OF
KRUNG THAI BANK PUBLIC CO., LTD.
LOS ANGELES INTERNATIONAL BRANCH

FORWARDING AGENT (References, F.M.C. No.)

POINT AND COUNTRY OF ORIGIN OF GOODS

BELAWAN, ID

**NOTIFY PARTY** (Name and Full Address)

RED CHAMBER COMPANY
1912 E VERNON AVE, VERNON, CA 900058,
U.S.A. AND

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICES, INC.
2999 PACIFIC COMMERCE DRIVE,
RANCHO DOMINGUEZ, CA 90221
FAX. (310) 537-6254 AND
INTERNATIONAL GOURMET FISHERIES,INC.
1912 E. VERNON AVE. VERNON, CA
900058, U.S.A.

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | BELAWAN,MEDAN, * |

SIN/APL SWEDEN V.050
*INDONESIA

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA BERANI   828 | BELAWAN,MEDAN, * |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| L.A., CA | BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SC EB07/0526 3265 | CTNS 3265 | FREIGHT PREPAID AA)LV03130.00.00   SLAC CY/CY CARTONS OF CULTURE SHRIMP PEELED AND DEVEINED WHITE IQF P.O. NO. 2-12140 DD 8/29/07 FREIGHT PREPAID INCLUDING DESTINATION DELIVERY CHARGE NET : 32,650 LBS = 14,810.04 KGS GROSS : 39,180 LBS = 17,772.05 KGS TEMPERATURE:MINUS 20 DEGREE CELCIUS "CARGO IS STOWED IN A REFRIGERATED CONTAINER SET AT THE SHIPPER'S REQUESTED CARRYING TEMPERATURE OF MINUS TWENTY (-20) DEGREES CELCIUS" L/C NO. LA 0744020 DATED 17 SEPTEMBER 2007 ISSUED BY KRUNG THAI BANK PUBLIC COMPANY LIMITED LOS ANGELES CA US | 17772.050KG 39180.617LB | 45.000M3 1589.162CF |
| ***CTR NBR** APRU570513-4 | ****SEAL NBR**** APL-6932847 | T/S HT   MODE   QUANT/TYPE R40 96  CY/ CY  3265CTNS CONTINUED ON FOLLOWING PAGE | | |

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| BLA | | | | |
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on the side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

APL.CO. PTE. LTD.

By:
Authorized Signature:
Date and
Place Issued:

| | 828 | TOTAL PREPAID | | |
|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | |
| 000 | 828 | | | |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | 00046125 | 55709001 | BLA | SPO | BPK | | Y | APLU 073702768 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

APL

**BILL OF LADING**

CBL # : 702768
9/21/07   KL7

| SHIPPER (Principal or Seller licensee and full address) | | BOOKING NUMBER | B/L NUMBER PAGE   2   OF   2 |
| --- | --- | --- | --- |
| PT.CENTRALWINDU SEJATI<br>JL MEDAN BELAWAN KM 10.5<br>MEDAN, INDONESIA | | 073702768 | APLU 073702768 |

EXPORT REFERENCES

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
| --- | --- |
| TO THE ORDER OF<br>KRUNG THAI BANK PUBLIC CO., LTD.<br>LOS ANGELES INTERNATIONAL BRANCH | |

| POINT AND COUNTRY OF ORIGIN OF GOODS |
| --- |
| BELAWAN, ID |

NOTIFY PARTY (Name and Full Address)

RED CHAMBER COMPANY
1912 E VERNON AVE, VERNON, CA 900058,
U.S.A. AND

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICES, INC.
2999 PACIFIC COMMERCE DRIVE,
RANCHO DOMINGUEZ, CA 90221
FAX. (310) 537-6254 AND
INTERNATIONAL GOURMET FISHERIES,INC.
1912 E. VERNON AVE. VERNON, CA
900058, U.S.A.

SIN/APL SWEDEN V.050
*INDONESIA

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
| --- | --- |
| | BELAWAN,MEDAN,* |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| --- | --- |
| KOTA BERANI   828 | BELAWAN,MEDAN,* |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
| --- | --- |
| L.A., CA | BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- | --- |
| ***CTR NBR*** | ****SEAL NBR**** | | T/S HT   MODE   QUANT/TYPE<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | |

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD KOTA BERANI V.828  SEP. 13, 2007

| B/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
| --- | --- | --- | --- | --- | --- |
| | FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| OCF | 1VN   3400/VAN | 3400.00 | | | A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER |
| BSC | US$   680/VAN | 680.00 | | | |
| IMS | US$   64/VAN | 64.00 | | | APL CO. PTE. LTD. |
| THC | US$   209/VAN | 209.00 | | | |
| AMS | US$   10/EA | 10.00 | | | |
| DOC | IDR   100000/EA | 10.66 | | 100000.00P | |
| AMA | US$   40/EA | 40.00 | | | |

| 000 | 828 | | TOTAL PREPAID | BLA | 4413.66 | | 100000.00 | By:<br>Authorized Signature:<br>Date and   SEP. 13, 2007<br>Place Issued:   BELAWAN, ID |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | |

| FCC | FORWARDER | 00046125 | 55709001 | BLA | SGP | BPK | | Y | APLU 073702768 |
| --- | --- | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| BOOKING NUMBER | B/L NUMBER |
|---|---|
| 051018072 | PAGE 1 OF 2 — APLU 051018072 |

**SHIPPER** (Principal or Seller licensee and full address)

ZHANJIANG GUOLIAN AQUATIC PRODUCTS
CO.,LTD.
NO.6 YONGPING SOUTH ROAD, PINGLE
INDUSTRY DEVELOPMENT REGION,
ZHANJIANG,GUANGDONG PROVINCE,CHINA

EXPORT REFERENCES

**CONSIGNEE** (Name and Full Address /Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| DEYI 3      761 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | SC GB07/0138E 1211 | | FREIGHT PREPAID<br>CARTONS                        SLAC CY/CY<br>A)LV05200.00.00<br>FROZEN CPTO WHITE SHRIMP RING<br>(PENAEUS VANNAMEI,HTS CODE:<br>1605.20.1030)<br><br>GOODS ARE STORED AND TRANSPORTED<br>IN REEFER CONTAINER,TEMPERATURE<br>SET AT MINUS 18 DEGREES CELSIUS.<br>PO NO.: 1329-7<br>CONTRACT NO.:GL-C06430<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIAL.<br>FREIGHT PERPAID AT DESTINATION<br><br>CLEAN ON BOARD JUNE.29,2007<br>DE YI 3 V.761E, ZHANJIANG ,CHINA | 8560.000KG<br>18871.547LB | 56.000M3<br>1977.623CF |
| ***CTR NBR**<br>TRIU848258-1 | 9037665 | ****SEAL NBR**** | T/S HT    MODE    QUANT/TYPE<br>R40 96  CY/ CY  1211CTNS<br>CONTINUED ON FOLLOWING PAGE | WEIGHT<br>8560.00KG | MSMT<br>56.000M3 |

** FREIGHT PREPAID **
***** APL COPY ****
** NON-NEGOTIABLE *

| BILL TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|
| SVW | VERNON, CA | | |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|
| | | | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| | | TOTAL PREPAID | |
|---|---|---|---|
| D8C 761 | | | |
| Vessel | Voyage | Office | TOTAL COLLECT |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 00413421 | 00285510 | 00442846 | ZHJ | SPO | SPO | VGA | Y | APLU 051018072 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**  **BILL OF LADING**

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 2 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051018072 | APLU 051018072 |

**EXPORT REFERENCES**

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means "to Order of Shipper.") | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | FOR STORE DOOR DELIVERY MAERSK CUSTOMS SERVICE INC. 2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ, CA 90221,USA FAX:1-310-537-6254 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | | PORT OF LOADING |
|---|---|---|
| DEYI 3 | 761 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| **CTR NBR** | ****SEAL NBR**** T/S HT   MODE   QUANT/TYPE ** SHIPPER'S LOAD, STOW AND COUNT ** | | WEIGHT | MSMT |

** FREIGHT PREPAID **
***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   JUN. 29, 2007

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    **THE CARRIER**

| | FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN     3325/VAN | 3325.00 | | |
| BSC | US$      240/VAN | 240.00 | | |
| IMS | US$       64/VAN | 64.00 | | |
| THC | US$      344/VAN | 344.00 | | |
| AMS | US$       10/EA | 10.00 | | |
| DOC | RMB      125/EA | 16.35 | | 125.00P |
| | ** FRT PPD AT DEST ** | | | |

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature:
Date and   JUN. 29,2007
Place Issued:   GUANGZHOU,GD

| D8C | 761 | | TOTAL PREPAID | VCA | 3999.35 | | 125.00 |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | |

| FCC | 00413421 | 00385518 | 00449846 | ZHJ | SPQ | VCA | | Y | APLU 051018072 |
|---|---|---|---|---|---|---|---|---|---|
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER**<br>051018068 | **B/L NUMBER** PAGE  1  OF  2<br>APLU 051018068 |
| | **EXPORT REFERENCES**<br>SC EB07/1038 | |

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **FORWARDING AGENT (References, F.M.C. No.)**<br>SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |
| | **POINT AND COUNTRY OF ORIGIN OF GOODS**<br>ZHANJIANG, GD, PRC |

| NOTIFY PARTY (Name and Full Address) | |
|---|---|
| INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**<br>FOR STORE DOOR DELIVERY<br>MAERSK CUSTOMS SERVICE INC.<br>2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ,<br>CA 90221,USA<br>FAX:1-310-537-6254 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| DEYI 3        759 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 900 | | FREIGHT PREPAID<br>CTNS   A)LV05200.00.00   SLAC CY/CY<br><br>FROZEN RAW PND TAIL-OFF WHITE SHRIMP<br>(PENAEUS VANNAMEI)<br><br>GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS.<br>PO NO.: 2-11567<br>CONTRACT NO.:GL-C07098<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br><br>CLEAN ON BOARD JUNE.26,2007<br>DE YI 3 V.759E, ZHANJIANG ,CHINA<br>(NINE HUNDRED CARTONS ONLY) | 18120.000KG<br>39947.714LB | 56.000M3<br>1977.623CF |
| ***CTR NBR**<br>APRU508480-2 | ****SEAL NBR****<br>9036275 | | T/S HT   MODE   QUANT/TYPE<br>R40 96   CY/CY   900CTNS<br>CONTINUED ON FOLLOWING PAGE | WEIGHT<br>18120.00KG | MSMT<br>56.000M3 |
| | | | | ** FREIGHT PREPAID **<br>***** APL COPY ****<br>** NON-NEGOTIABLE * | |

| B/L TO BE RELEASED AT<br>GGZ | OCEAN FREIGHT PAYABLE AT<br>GUANGZHOU, GD, PRC | | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
|---|---|---|---|---|
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION)** | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER** |
| | | | | AMERICAN PRESIDENT LINES, LTD. |

| | | | TOTAL PREPAID | | | By: |
|---|---|---|---|---|---|---|
| D8C | 759 | | | | | Authorized Signature: |
| **Vessel** | **Voyage** | **Office** | TOTAL COLLECT | | | Date and |
| | | | | | | Place Issued: |

| FCC<br>00413421 | FORWARDER<br>00305510 | SHIPPER<br>00418846 | LD. PORT<br>ZHU | DIS. PORT<br>SPO | DEST.<br>VCA | NOTIFY | Y<br>CSC | B/L NUMBER<br>APLU 051018068 |
|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| | | |
|---|---|---|
| **SHIPPER** (Principal or Seller licensee and full address) | **BOOKING NUMBER** 051018068 | **B/L NUMBER** PAGE 2 OF 2 APLU 051018068 |

**SHIPPER** (Principal or Seller licensee and full address)

ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.
NO.6 YONGPING SOUTH ROAD, PINGLE
INDUSTRY DEVELOPMENT REGION,
ZHANJIANG,GUANGDONG PROVINCE,CHINA

**BOOKING NUMBER**
051018068

**B/L NUMBER** PAGE 2 OF 2
APLU 051018068

**EXPORT REFERENCES**
SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT** ZHANJIANG, CHINA |
|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag) DEYI 3    759 | **PORT OF LOADING** ZHANJIANG, CHINA |
| **PORT OF DISCHARGE** LOS ANGELES,CA,USA | **PLACE OF DELIVERY** VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR*** | ****SEAL NBR**** | T/S HT  MODE   QUANT/TYPE | WEIGHT | MSMT |
| | | ** SHIPPER'S LOAD, STOW AND COUNT ** | | |

** FREIGHT PREPAID **

SHIPPED ON BOARD  JUN. 26, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|---|

| | FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN | 3000/VAN | 3000.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 16.35 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void. **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

| | | **TOTAL PREPAID** | GGZ | 3370.35 | | 125.00 |
|---|---|---|---|---|---|---|
| **D&C** 759 | | **TOTAL COLLECT** | | | | |
| Vessel | Voyage | Office | | | | |

By:
Authorized Signature:
Date and JUN. 26, 2007
Place Issued: GUANGZHOU, GD

| FCC 00413421 | FORWARDER 00385510 | SHIPPER 00440946 | LD. PORT ZHLT | DIS. PORT SPO | DEST. YCA | NOTIFY Y | CSC | B/L NUMBER APLU 051018068 |
|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051018082 | APLU 051018082 |

EXPORT REFERENCES

SC EB07/1038

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

FORWARDING AGENT (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG,GD, PRC

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag)  DEYI 3    761 | PORT OF LOADING  ZHANJIANG,CHINA |
| PORT OF DISCHARGE  LOS ANGELES,CA,USA | PLACE OF DELIVERY*  VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side   PARTICULARS FURNISHED BY SHIPPER   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 3472 CTNS | FREIGHT PREPAID A)LV05200.00.00 SLAC CY/CY | 17680.000KG 38977.682LB | 56.000M3 1977.623CF |

FROZEN COOKED PND TAIL-ON WHITE
SHRIMP
(PENAEUS VANNAMEI,HTS CODE:
1605.20.1030)

GOODS ARE STORED AND TRANSPORTED
IN REEFER CONTAINER,TEMPERATURE
SET AT MINUS 18 DEGREES CELSIUS.
PO NO.: 2-11595
CONTRACT NO.:GL-C07112
FDA REG.NO.FOR PACKER:17104720778
FDA REG.NO.FOR I.G.F.:13122501240
THIS SHIPMENT CONTAINS NO SOLID
WOOD PACKING MATERIAL.
FREIGHT PREPAID

CLEAN ON BOARD JUNE.29,2007
DE YI 3 V.761E, ZHANJIANG ,CHINA
(THREE THOUSAND FOUR HUNDRED AND SEVENTY TWO CARTONS ONLY)

CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **
***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT  GGZ | OCEAN FREIGHT PAYABLE AT  GUANGZHOU,GD, PRC | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $   COLLECT U.S. $   Local Currency | |

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| | | TOTAL PREPAID | | |
|---|---|---|---|---|
| D8C | 761 | TOTAL COLLECT | | |
| Vessel | Voyage | Office | | |

| FCC | 00413421 FORWARDER | 00385510 SHIPPER | 00419846 CONSIGNEE | ZHJ LD. PORT | SDO DIS. PORT | VCA DEST. | NOTIFY | Y CSC | APLU 051018082 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# BILL OF LADING

**SHIPPER** (Principal or Seller licensee and full address)

ZHANJIANG GUOLIAN AQUATIC PRODUCTS
CO.,LTD.
NO.6 YONGPING SOUTH ROAD, PINGLE
INDUSTRY DEVELOPMENT REGION,
ZHANJIANG,GUANGDONG PROVINCE,CHINA

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

| BOOKING NUMBER | B/L NUMBER PAGE 2 OF 2 |
|---|---|
| 051018082 | APLU 051018082 |

**EXPORT REFERENCES**

SC EB07/1038

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT** |
|---|---|
| | ZHANJIANG, CHINA |

| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** |
|---|---|
| DEYI 3        761 | ZHANJIANG, CHINA |

| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** APRU571433-1 9 | ****SEAL NBR**** 037666 ** | | T/S HT  MODE   QUANT/TYPE R40 96  CY/ CY  3472CTNS SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 17680.00KG | MSMT 56.000M3 |

** FREIGHT PREPAID **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   JUN. 29, 2007

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

| FREIGHT RATES,CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S.$ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN  3000/VAN | 3000.00 | | |
| THC | US$  344/VAN | 344.00 | | |
| AMS | US$  10/EA | 10.00 | | |
| DOC | RMB  125/EA | 16.35 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of this container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

| | | TOTAL PREPAID | | | | |
|---|---|---|---|---|---|---|
| D&C 761 | | GGZ | 3370.35 | | 125.00 | By: Authorized Signature: |
| Vessel | Voyage  Office | TOTAL COLLECT | | | | JUN. 29, 2007 |
| | | | | | | Place Issued: GUANGZHOU,GD |

| FCC | 00413421 | FORWARDER 00285518 | SHIPPER 00449846 | LD. PORT 2117 | DIS. PORT SPO | DEST. VGA | NOTIFY | CSC Y | B/L NUMBER APLU 051018082 |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

APL

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE   1   OF   2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051018111 EXPORT REFERENCES SC EB07/1038 | APLU 051018111 |

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

| NOTIFY PARTY (Name and Full Address) | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | ZHANJIANG,GD,PRC |

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | ZHANJIANG, CHINA |

FOR STORE DOOR DELIVERY MAERSK CUSTOMS SERVICE INC. 2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ, CA 90221,USA FAX:1-310-537-6254

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CHANG YUAN 8      721 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LOS ANGELES,CA,USA | VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (ll) on Reverse Side  **PARTICULARS FURNISHED BY SHIPPER**  Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 3909 | | CTNS   A)LV09905.00.00   SLAC CY/CY | 18360.000KG 40476.823LB | 56.000M3 1977.623CF |

FREIGHT PREPAID

FROZEN COOKED PND TAIL-OFF WHITE SHRIMP
(PENAEUS VANNAMEI,HTS CODE:
1605.20.1030)

GOODS ARE STORED AND TRANSPORTED
IN REEFER CONTAINER,TEMPERATURE
SET AT MINUS 18 DEGREES CELSIUS.
PO NO.: 2-11576
CONTRACT NO.:GL-C07114
FDA REG.NO.FOR PACKER:17104720778
FDA REG.NO.FOR I.G.F.:13122501240
THIS SHIPMENT CONTAINS NO SOLID
WOOD PACKING MATERIAL.
FREIGHT PREPAID

CLEAN ON BOARD JULY 06,2007
CHANG YUAN 8 V.721E. ZHANJIANG ,
CHINA
(THREE THOUSAND NINE HUNDRED AND NINE CARTONS ONLY)

                        CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **
                                                   ***** APL COPY ****
                                                   .** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| GGZ | GUANGZHOU,GD,PRC | | | |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated, the Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall avail void.   THE CARRIER

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| | | | TOTAL PREPAID | |
|---|---|---|---|---|
| F6C | 721 | | | |
| Vessel | Voyage | Office | TOTAL COLLECT | |

| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| FCC | 00413421 | 00385513 | 00449946 | ZHJ | SPO | VGA | | Y | APLU 051018111 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL    BILL OF LADING

| | |
|---|---|
| **SHIPPER (Principal or Seller licensee and full address)**<br><br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051018111   **B/L NUMBER** PAGE 2 OF 2<br>APLU 051018111 |
| | **EXPORT REFERENCES**<br>SC EB07/1038 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE. SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**
FROM POINT OF DESTINATION

FOR STORE DOOR DELIVERY
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT** ZHANJIANG, CHINA |
|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag) CHANG YUAN 8    721 | **PORT OF LOADING** ZHANJIANG, CHINA |
| **PORT OF DISCHARGE** LOS ANGELES,CA,USA | **PLACE OF DELIVERY** VERNON,CA,USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR**<br>APRU570215-6 9 | ***SEAL NBR*** T/S HT MODE QUANT/TYPE<br>037643 R40 96 CY/ CY 3909CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | WEIGHT<br>18360.00KG | MSMT<br>56.000M3 |

** FREIGHT PREPAID **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   JUL. 06, 2007

| | |
|---|---|
| **B/L TO BE RELEASED AT** | **OCEAN FREIGHT PAYABLE AT** |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|---|
| OCF | 1VN | 3000/VAN | 3000.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 16.41 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of    3    originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature

Date and    JUL. 06,2007
Place Issued    GUANGZHOU,GD

| F6C | 721 | | **TOTAL PREPAID** | GGZ | 3370.41 | | 125.00 |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | **TOTAL COLLECT** | | | | |

| FCC | 00413421 | 00385510 | 00449846 | ZHJ | SPO | VGA | | Y | APLU 051018111 |
|---|---|---|---|---|---|---|---|---|---|
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO., LTD.<br>NO. 6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG, GUANGDONG PROVINCE, CHINA | **BOOKING NUMBER** 051017785   **B/L NUMBER** PAGE 1 OF 1 APLU 051017785 |

**EXPORT REFERENCES**
SC EB06/0495

| | |
|---|---|
| **CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means "to Order at Shipper.)<br>TO ORDER OF INTERNATIONAL GOURMET FISHERIES,INC.<br>1912 E.VERNON AVE.,SUITE 100,VERNON, CA 90058,USA<br>TEL:323-588-9933 FAX:323-234-9541 | **FORWARDING AGENT** (References, F.M.C. No.)<br>SHANTOU PINGYE<br>INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW<br>**POINT AND COUNTRY OF ORIGIN OF GOODS**<br>ZHANJIANG,GD,PRC |
| **NOTIFY PARTY** (Name and Full Address)<br>INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE. , SUITE 100,<br>VERNON, CA 90058, USA<br>TEL: 323-588-9933 FAX: 323-234-9541 | **ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>MAERSK CUSTOMS SERVICES INC.<br>2999 PACIFIC COMMERCE DRIVE,RANCHO DOMINGUEZ,CA. 90221,USA<br>FAX:1-310-537-6254<br>"FOR STORE DOOR DELIVERY" |
| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT** ZHANJIANG, CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>DUMMY FEEDER   727 | **PORT OF LOADING** ZHANJIANG, CHINA |
| **PORT OF DISCHARGE** LOS ANGELES,CA,USA | **PLACE OF DELIVERY** TAMPA, FL, USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 3405 CTNS | FREIGHT PREPAID<br>A)LV05200.00.00   SLAC CY/CY<br>FROZEN COOKED PND TAIL-OFF WHITE SHRIMP<br>(PENAEUS VANNAMEI,HTS CODE: 1605.20.1030)<br>GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS.<br>PO NO.: 2-11205<br>CONTRACT NO: GL-C07027<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR IGF:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br>FOR DELIVERY TO: TAMPA COLD STORAGE, FL,USA<br>(THREE THOUSAND FOUR HUNDRED AND FIVE CARTONS ONLY) | 17260.000KG 38051.741LB | 56.000M3 1977.623CF |
| ***CTR NBR** APRU508360-0 | ****SEAL NBR**** 813985 | T/S HT   MODE   QUANT/TYPE<br>R40 96   CY/ CY   3405CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT **<br>** FREIGHT PREPAID **<br><br>SHIPPED ON BOARD MAR. 30, 2007 | WEIGHT 17260.00KG | MSMT 56.000M3<br>***** APL COPY ***** ** NON-NEGOTIABLE * |

| B/L TO BE RELEASED AT   GGZ | OCEAN FREIGHT PAYABLE AT   GUANGZHOU,GD,PRC | | | |
|---|---|---|---|---|
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION)** | **PREPAID U.S. $** | **COLLECT U.S. $** | **Local Currency** | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated... |
| OCF   1VN   5756/VAN | 5756.00 | | | |
| THC   US$   344/VAN | 344.00 | | | |
| AMS   US$   10/EA | 10.00 | | | |
| DOC   RMB   125/EA | 16.16 | | 125.00P | A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void. THE CARRIER<br>AMERICAN PRESIDENT LINES, LTD.<br>By:<br>Authorized Signature:<br>Date and   MAR. 30,2007<br>Place Issued:   GUANGZHOU,GD |

| 917 727 | TOTAL PREPAID | GGZ | 6126.16 | | 125.00 |
|---|---|---|---|---|---|
| Vessel Voyage Office | TOTAL COLLECT | GGZ | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09413421 | 00285510 | 00449846 | 3UZ | SPO | TPA | | Y | APLU 051017785 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY   CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.    20-00-150 1/88

# APL — BILL OF LADING

| | |
|---|---|
| **SHIPPER (Principal or Seller licensee and full address)** | **BOOKING NUMBER** 051033158 / **B/L NUMBER** PAGE 1 OF 1 APLU 051033158 |

**SHIPPER (Principal or Seller licensee and full address)**
ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.
NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA

**BOOKING NUMBER**
051033158

**B/L NUMBER**
APLU 051033158
PAGE 1 OF 1

**EXPORT REFERENCES**
SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)
TO ORDER OF
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT (References, F.M.C. No.)**
SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY (Name and Full Address)**
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**
MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

**INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT**
ZHANJIANG ,CHINA

**EXPORT CARRIER (Vessel, voyage, & flag)** TAIYI 811 | **PORT OF LOADING** ZHANJIANG ,CHINA

\* USA
"FOR STORE DOOR DELIVERY"

**PORT OF DISCHARGE** LOS ANGELES, CA,USA | **PLACE OF DELIVERY** BUENA PARK, CA,*

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 1800 CTNS | | FREIGHT PREPAID A)LV09900.00.00   SLAC CY/CY | 18120.000KG 39947.714LB | 56.000M3 1977.623CF |
| | | | FROZEN RAW BUTTERFLY WHITE SHRIMP (PENAEUS VANNAME) | | |
| | | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12489 CONTRACT NO.: GL-C07701 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | | CLEAN ON BOARD NOVEMBER 27,2007 TAI YI V.811E, ZHANJIANG ,CHINA (ONE THOUSAND EIGHT HUNDRED CARTONS ONLY) | | |
| ***CTR NBR** GESU909878-3 | ****SEAL NBR**** AA0151203 | | T/S HT    MODE    QUANT/TYPE R40 96   CY/ CY  1800CTNS ** SHIPPER'S LOAD, STOW AND COUNT ** ** FREIGHT PREPAID ** | WEIGHT 18120.00KG | MSMT 56.000M3 |
| | | | | | ***** APL COPY **** ** NON-NEGOTIABLE * |
| | | | SHIPPED ON BOARD NOV. 27, 2007 | | |

| B/L TO BE RELEASED AT GGZ | OCEAN FREIGHT PAYABLE AT GUANGZHOU,GD,PRC | | | |
|---|---|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN 3000/VAN | 3000.00 | | |
| THC | US$ 344/VAN | 344.00 | | |
| AMS | US$ 10/EA | 10.00 | | |
| DOC | RMB 125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.
A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.
**THE CARRIER**
AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature
Date and NOV. 27, 2007
Place Issued: GUANGZHOU,GD

| 917 Vessel | 811 Voyage | Office | TOTAL PREPAID GGZ | 3370.82 | | 125.00 |
|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | |

| FCC 00413421 | FORWARDER 00385510 | SHIPPER 00419846 | CONSIGNEE ZHJ LD. PORT | SPO DIS. PORT | BPK OEST. | NOTIFY | Y CSC | APLU 051033158 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL
## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE   1   OF   1 |
|---|---|---|
| RIZHAO SMART FOODS CO., LTD. WEST SIDE OF ZHAOYANG BEI ROAD RIZHAO SHANDONG CHINA | 063109858 | APLU 063109858 |

**EXPORT REFERENCES**
CR# APLU063109858

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES,INC.1912 E.VERNON AVE., SUITE 100,VERNON,CA 90058,USA | TIANJIN ZHENHUA INTL |

**POINT AND COUNTRY OF ORIGIN OF GOODS**
QINGDAO, CHINA

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| INTERNATIONAL GOURMET FISHERIES,INC. 1912 E.VERNON AVE.,SUITE 100,VERNON. CA 90058,USA TEL:323-588-9933;FAX:323 588 9935 | MAERSK CUSTOMS SERVICES INC. 2999 PACIFIC COMMERCE DRIVE,RANCHO DOMINGUEZ,CA 90221,USA, FAX:1-310-537-6254 |

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | QINGDAO, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| APL PHILIPPINES 118 | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA | BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | SC GB07/0138E 4000 CARTONS | SLAC CY/CY A)LV09900.00.01 FROZEN CHUM SALMON PORTIONS FREIGHT PREPAID (FOUR THOUSAND CARTONS ONLY) | 18830.000KG 41512.995LB | 45.000M3 1589.162CF |
| ***CTR NBR** APRU577595-4 4 | ****SEAL NBR**** 360522 ** | T/S HT   MODE   QUANT/TYPE R40 96   CY/ CY  4000CTNS SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18830.00KG | MSMT 45.000M3 |

** FREIGHT COLLECT **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD   DEC. 19, 2007

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | |
|---|---|---|
| TSI | BUENA PARK, CA | |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN | 3125/VAN | | 3125.00 | |
| BSC | US$ | 240/VAN | | 240.00 | |
| IMS | US$ | 75/VAN | | 75.00 | |
| THC | RMB | 610/VAN | 82.10 | | 610.00P |
| AMS | US$ | 10/EA | | 10.00 | |
| DOC | RMB | 125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of    3    originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature

Date and Place Issued:    DEC. 19, 2007
QINGDAO, CHI

| Vessel | Voyage | Office | | | | | |
|---|---|---|---|---|---|---|---|
| A05 | 118 | | TOTAL PREPAID | TSI | 98.92 | | 735.00 |
| | | | TOTAL COLLECT | RPK | | 3450.00 | |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 00125425 | 00665768 | 00449946 | TSI | SPD | RPK | | | Y | APLU 063109858 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 1 |
|---|---|---|
| SHANDONG SANFOD GROUP CO.LTD. 96 XIANG GANG ZHONG ROAD,QINGDAO CHINA | 063069199 | APLU 063069199 |

**EXPORT REFERENCES**
CR# APLU063069199

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES,INC.1912 E.VERNON AVE.,
SUITE 100,VERNON,CA 90058,USA

**FORWARDING AGENT** (References, F.M.C. No.)
TIANJIN ZHENHUA INTL

**POINT AND COUNTRY OF ORIGIN OF GOODS**
QINGDAO, CHINA

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES,INC.
1912 E.VERNON AVE.,SUITE 100,VERNON,
CA 90058,USA
TEL:323 588-9933,FAX:323 588-9935

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | QINGDAO, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| APL EMPEROR      006 | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES | VERNON, CA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPER**     Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | SC GB07/0138E 1957 | CARTONS                      SLAC CY/CY A)LV09900.00.01 FROZEN PNDT SHRIMP IQF TEMP:-25°C WE HERE CERTIFY THAT THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL SHIPMENT HAS BEEN EFFECTED IN A REEFER CONTAINER SET -25°C FREIGHT COLLECT | 18830.000KG 41512.995LB | 45.000M3 1589.162CF |
| | | (ONE THOUSAND NINE HUNDRED AND FIFTY SEVEN CARTONS ONLY) | | |
| ***CTR NBR** APRU500475-1 | ****SEAL NBR**** 4794400 | T/S HT   MODE    QUANT/TYPE R40 96  CY/ CY  1957CTNS    ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18830.00KG | MSMT 45.000M3 |
| | | ** FREIGHT COLLECT ** | ***** APL COPY **** ** NON-NEGOTIABLE * | |
| | | SHIPPED ON BOARD  JUN. 27, 2007 | | |

| B/L TO BE RELEASED AT   TSI | OCEAN FREIGHT PAYABLE AT   VERNON, CA | | | |
|---|---|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN    3125/VAN | | 3125.00 | |
| BSC | US$     240/VAN | | 240.00 | |
| IMS | US$      64/VAN | | 64.00 | |
| THC | RMB     610/VAN | 79.77 | | 610.00P |
| AMS | US$      10/EA | | 10.00 | |
| DOC | RMB     115/EA | 15.04 | | 115.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on the face and the reverse hereof, whether written, stamped or printed.

A set of **3** originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.     **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

By:

| Authorized Signature | |
|---|---|
| Date and Place Issued | JUN. 27,2007 QINGDAO, CHI |

| M86  006 | TOTAL PREPAID | TSI | 94.81 | | | |
|---|---|---|---|---|---|---|
| Vessel  Voyage  Office | TOTAL COLLECT | VCA | | 3439.00 | 725.00 | |

| FCC | 00125425 | FORWARDER | 00553616 | SHIPPER | 00440046 | CONSIGNEE | TSI | LD. PORT | SPO | DIS. PORT | VCA | DEST. | | NOTIFY | Y | CSC | APLU 063069199 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER 073806465 |
| P.T.ROYAL FISHERIES INDONESIA DS. BULUSARI-GEMPOL PASURUAN EAST JAVA INDONESIA | B/L NUMBER PAGE 1 OF 1 APLU 073806465 |

EXPORT REFERENCES

CONSIGNEE  (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF CATHAY BANK
LOS ANGELES, CA

FORWARDING AGENT (References, F.M.C. No.)

RAHAYU PERDANA TRANS

POINT AND COUNTRY OF ORIGIN OF GOODS

SURABAYA, *

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVENUE, SUITE 100
VERNON, CA 90058 #

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

* INDONESIA
** U.S.A
# ALSO NOTIFY MAERSK CUSTOMS
SERVICES INC. 2999 PACIFIC
COMMERCE DRIVE RANCHO DOMINGUEZ CA
90221,
FAX : 1-310-537-6254
***EXPRESS
SIN/APL HOLLAND V.157
## AT SURABAYA, INDONESIA

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* SURABAYA * |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) ANDALUSIAN *** 166 | PORT OF LOADING SURABAYA * |
| PORT OF DISCHARGE LOS ANGELES, CA., ** | PLACE OF DELIVERY* BUENA PARK, CA** |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SC GB07/0138E | 3500 | FREIGHT PREPAID CONTRACT NO : GB07/0138 CTNS  AA)LV03130.00.00  SLAC CY/CY 3,500 CARTONS OF FROZEN SHRIMP CFR BUENA PARK, CA L/C NO.ILCS070168 DATED : 070126 ISSUED BY : CATHAY BANK 800 W. 6TH STREET LOS ANGELES, CALIF. USA NET WEIGHT : 15,875.90 KGS GROSS WEIGHT : 18,550.00 KGS GOODS ARE STOWED IN A REFRIGERATED CONTAINER AT A TEMPERATURE OF MINUS EIGHTEEN (-18) DEGREES CELCIUS OR LOWER FREIGHT PREPAID INCLUDING DESTINATION DELIVERY CHARGE | 18550.000KG 40895.701LB | 45.000M3 1589.162CF |
| ***CTR NBR** APRU508156-8 | ****SEAL NBR**** 6927619 | T/S HT  MODE  QUANT/TYPE R40 96  CY/ CY  3500CTNS ** SHIPPER'S LOAD, STOW AND COUNT ** | | |

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD BY ANDALUSIAN EXPRESS 166## JUN. 29, 2007

| B/L TO BE RELEASED AT SUR | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN 3525/VAN | 3525.00 | | |
| BSC | US$ 240/VAN | 240.00 | | |
| IMS | US$ 64/VAN | 64.00 | | |
| THC | US$ 209/VAN | 209.00 | | |
| AMS | US$ 10/EA | 10.00 | | |
| DOC | IDR 100000/EA | 11.33 | | 100000.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER

APL CO. PTE. LTD.

By:
Authorized Signature
Date and    JUN. 29, 2007
Place Issued:  SURABAYA

| 000 166 | TOTAL PREPAID | SUR | 4059.33 | | 100000.00 |
|---|---|---|---|---|---|
| Vessel Voyage Office | TOTAL COLLECT | | | | |

| FCC | 00142043 FORWARDER | 00599996 SHIPPER | 00149946 CONSIGNEE | SUR LD. PORT | SPO DIS. PORT | BPK DEST. | NOTIFY | X CSC | APLU 073806465 B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL
## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033309 | APLU 051033309 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**EXPORT REFERENCES**
SC EB07/1038

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
|  | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CHANG YUAN 8   785 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LOS ANGELES,CA,USA | BUENA PARK,CA,* |

*USA

"FOR STORE DOOR DELIVERY"

Excess Valuation Please refer to Clause 7 (III) on Reverse Side     PARTICULARS FURNISHED BY SHIPPER     Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 930 | FREIGHT PREPAID CTNS   A)LV09900.00.00A SLAC CY/CY | 18560.000KG 40917.747LB | 56.000M3 1977.623CF |
| | | FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME) | | |
| | | GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. CONTRACT NO.:GL039 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID | | |
| | | CLEAN ON BOARD DECEMBER 10,2007 CHANG YUAN 8 V.785E, ZHANJIANG , CHINA (NINE HUNDRED AND THIRTY CARTONS ONLY) | | |

***CTR NBR**   ****SEAL NBR****   T/S HT   MODE   QUANT/TYPE   WEIGHT   MSMT
APLU692721-6  AA0150255        R40 96  CY/ CY   930CTNS   18560.00KG   56.000M3
                                      CONTINUED ON FOLLOWING PAGE ** FREIGHT PREPAID **
                                                              ***** APL COPY ****
                                                              ** NON-NEGOTIABLE *

| BL TO BE RELEASED AT   GGZ | OCEAN FREIGHT PAYABLE AT   GUANGZHOU,GD,PRC | |
|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|
| | | | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

AMERICAN PRESIDENT
LINES, LTD.

By:
Authorized Signature:
Date and
Place Issued:

| F6C 785 | TOTAL PREPAID | | | | |
|---|---|---|---|---|---|
| Vessel  Voyage  Office | TOTAL COLLECT | | | | |

| FCC | FORWARDER 00413421 | SHIPPER 00305518 | CONSIGNEE 00419846 | LD. PORT ZHJ | DIS. PORT SPO | DEST. BPK | NOTIFY | CSC X | B/L NUMBER APLU 051033309 |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.                                    20-00-150  1/98

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033309 | PAGE 2 OF 2 APLU 051033309 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET
FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE
INTERNATIONAL F5 FLOOR, HANGYUN
BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

- ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

*USA

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT | | |
|---|---|---|---|
| | ZHANJIANG, CHINA | | |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING | | |
| CHANG YUAN 8    785 | ZHANJIANG, CHINA | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | | |
| LOS ANGELES,CA,USA | BUENA PARK,CA,* | | |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** | | T/S HT   MODE   QUANT/TYPE | WEIGHT | MSMT |
| | | | ** SHIPPER'S LOAD, STOW AND COUNT ** | | |
| | | | ** FREIGHT PREPAID ** | | |
| | | | SHIPPED ON BOARD  DEC. 10, 2007 | ***** APL COPY **** ** NON-NEGOTIABLE * | |

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

| | | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|---|
| OCF | 1VN | 3000/VAN | 3000.00 | | |
| THC | US$ | 344/VAN | 344.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | RMB | 125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, (if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of **3** originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

| E6C | 785 | | TOTAL PREPAID | GGZ | 3370.82 | | 125.00 | By: |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | Authorized Signature: |

Date and Place Issued: DEC. 10,2007   GUANGZHOU,GD

| FCC | 00413421 | 00385510 | 00449846 | ZHJ | SPO | BPK | Y | APLU 051033309 |
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL   BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE   1   OF   2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033340 | APLU 051033340 |

**EXPORT REFERENCES**

SC EB07/1038

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF
INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)

SHANTOU PINGYE INTERNATIO
5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

* USA

"FOR STORE DOOR DELIVERY".

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG ,CHINA |
| **EXPORT CARRIER** (Vessel, voyage, & flag) | **PORT OF LOADING** |
| CHANG YUAN 8    787 | ZHANJIANG ,CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY*** |
| LOS ANGELES, CA,USA | BUENA PARK, CA,* |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side          PARTICULARS FURNISHED BY SHIPPER          Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N/M | 1800 CTNS | | FREIGHT PREPAID A)LV09905.00.00   SLAC CY/CY FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME) GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12580 CONTRACT NO.:GL-C07726 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID CLEAN ON BOARD DECEMBER 13,2007 CHANG YUAN 8 V.787E, ZHANJIANG , CHINA (ONE THOUSAND EIGHT HUNDRED CARTONS ONLY) | 18120.000KG 39947.714LB | 56.000M3 1977.623CF |

CONTINUED ON FOLLOWING PAGE .** FREIGHT PREPAID **
***** APL COPY ****
** NON-NEGOTIABLE *

| BL TO BE RELEASED AT   GGZ | OCEAN FREIGHT PAYABLE AT   GUANGZHOU,GD,PRC | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this Instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. A set of    3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER |
|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $    COLLECT U.S. $    Local Currency | |

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature
Date and
Place Issued:

| E6C 787 | | TOTAL PREPAID | | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | |
| FCC | 00413421 FORWARDER | 00305518 SHIPPER | 00449846 CONSIGNEE | 2HJ LD. PORT | SPO DIS. PORT | BPK DEST. | NOTIFY | Y CSC | APLU 051033340 B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**                    **BILL OF LADING**

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO. LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033340 | PAGE  2  OF  2 APLU 051033340 |

EXPORT REFERENCES

SC EB07/1038

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided above, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIO 5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

POINT AND COUNTRY OF ORIGIN OF GOODS

ZHANJIANG,GD,PRC

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
|  | ZHANJIANG ,CHINA |
| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| CHANG YUAN 8    787 | ZHANJIANG ,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LOS ANGELES, CA,USA | BUENA PARK, CA,* |

* USA

"FOR STORE DOOR DELIVERY"

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** APRU571056-8 | ****SEAL NBR**** AA0150487 | T/S HT   MODE   QUANT/TYPE R40 96   CY/ CY   1800CTNS ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 18120.00KG | MSMT 56.000M3 |

** FREIGHT PREPAID **

SHIPPED ON BOARD  DEC. 13, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.  **THE CARRIER**

**AMERICAN PRESIDENT LINES, LTD.**

| FREIGHT RATES,CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN   3000/VAN | 3000.00 | | |
| THC | US$   344/VAN | 344.00 | | |
| AMS | US$   10/EA | 10.00 | | |
| DOC | RMB   125/EA | 16.82 | | 125.00P |

By: _____
Authorized Signature

| | | | | | | Date and Place issued | DEC. 13, 2007 |
|---|---|---|---|---|---|---|---|

GUANGZHOU, GD

| E6C | 797 | | TOTAL PREPAID | GGZ | 3370.82 | | 125.00 |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | |
| FCC 00413421 | FORWARDER 00385510 | SHIPPER 00449846 | CONSIGNEE ZHJ | LD. PORT SPO | DIS. PORT BPK | NOTIFY Y | CSC |

APLU 051033340
B/L NUMBER

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION,<br>ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051033396    **B/L NUMBER** PAGE 1 OF 2 APLU 051033396 |
| | **EXPORT REFERENCES**<br>SC EB07/1038 |
| **CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)<br>TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **FORWARDING AGENT** (References, F.M.C. No.)<br>SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW<br>**POINT AND COUNTRY OF ORIGIN OF GOODS**<br>ZHANJIANG,GD,PRC |
| **NOTIFY PARTY** (Name and Full Address)<br>INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 | **ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER · TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION<br>MAERSK CUSTOMS SERVICE INC.<br>2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ, CA 90221,USA<br>FAX:1-310-537-6254 |
| **INITIAL CARRIAGE (MODE)**\*    **PLACE OF RECEIPT**\*<br>ZHANJIANG ,CHINA | \*USA |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>CHANG YUAN 8   789    **PORT OF LOADING**<br>ZHANJIANG ,CHINA | |
| **PORT OF DISCHARGE**<br>LOS ANGELES, CA,USA    **PLACE OF DELIVERY**\*<br>BUENA PARK, CA,\* | "FOR STORE DOOR DELIVERY" |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 930 CTNS | FREIGHT PREPAID<br>A)LV09900.00.00 SLAC CY/CY<br>FROZEN RAW PND TAIL-OFF WHITE SHRIMP (PENAEUS VANNAME)<br><br>GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER,<br>TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS.<br>CONTRACT NO.:GL040<br>FDA REG.NO.FOR PACKER:17104720778<br>FDA REG.NO.FOR I.G.F.:13122501240<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.<br>FREIGHT PREPAID<br><br>CLEAN ON BOARD DECEMBER 17,2007<br>CHANG YUAN 8 V.789E, ZHANJIANG , CHINA<br>(NINE HUNDRED AND THIRTY CARTONS ONLY) | 18560.000KG<br>40917.747LB | 56.000M3<br>1977.623CF |
| \*\*\*CTR NBR\*\*<br>TRLU194625-8 | \*\*\*\*SEAL NBR\*\*\*\*<br>AA0150416 | T/S HT MODE QUANT/TYPE<br>R40 96 CY/ CY 930CTNS<br>CONTINUED ON FOLLOWING PAGE | WEIGHT<br>18560.00KG | MSMT<br>56.000M3<br>\*\* FREIGHT PREPAID \*\*<br>\*\*\*\* APL COPY \*\*\*\*<br>\*\* NON-NEGOTIABLE \* |

| | | |
|---|---|---|
| **B/L TO BE RELEASED AT** GGZ | **OCEAN FREIGHT PAYABLE AT** GUANGZHOU, GD, PRC | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.<br><br>A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    THE CARRIER<br><br>AMERICAN PRESIDENT LINES, LTD.<br><br>By:<br>Authorized Signature:<br>Date and<br>Place Issued: |
| **FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS** (SUBJECT TO CORRECTION) | PREPAID U.S. $    COLLECT U.S. $    Local Currency | |

| E6C | 789 | | TOTAL PREPAID | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | |
| FCC | 00413421 | 00395518 | 00449846 | ZHJ | SPO | PPK | Y | APLU 051033396 |
| | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

\* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033396 | APLU 051033396 PAGE  2  OF  2 |

**EXPORT REFERENCES**

SC EB07/1038

| CONSIGNEE  (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) |
|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 |

**FORWARDING AGENT (References, F.M.C. No.)**

SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

| NOTIFY PARTY (Name and Full Address) |
|---|
| INTERNATIONAL GOURMET FISHERIES, INC.<br>1912 E. VERNON AVE., SUITE 100,<br>VERNON, CA 90058,USA<br>TEL:323-234-9000 FAX: 323-235-5500 |

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

*USA

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
|  | ZHANJIANG ,CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CHANG YUAN 8    789 | ZHANJIANG ,CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES, CA,USA | BUENA PARK, CA,* |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side — **PARTICULARS FURNISHED BY SHIPPER** — Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR*** | T/S HT  MODE  QUANT/TYPE | WEIGHT | MSMT |
|  |  | ** SHIPPER'S LOAD, STOW AND COUNT ** |  |  |
|  |  |  |  |  |
|  |  | ** FREIGHT PREPAID ** |  | ***** APL COPY **** |
|  |  |  |  | ** NON-NEGOTIABLE * |
|  |  | SHIPPED ON BOARD  DEC. 17, 2007 |  |  |

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN    3000/VAN | 3000.00 | | |
| THC | US$    344/VAN | 344.00 | | |
| AMS | US$    10/EA | 10.00 | | |
| DOC | RMB    125/EA | 16.82 | | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

AMERICAN PRESIDENT LINES, LTD.

By:

**Authorized Signature:**

Date and Place Issued:   DEC. 17, 2007
Place issued:   GUANGZHOU, GD

| FGC | 789 | Office | TOTAL PREPAID | GGZ | 3370.82 | | 125.00 |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | |

| FGC | 00413421 | 00385510 | 00449846 | ZHJ | SPO | BPK | Y | APLU 051033396 |
|---|---|---|---|---|---|---|---|---|
|  | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/88

# APL   BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD. NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | 051033235 | APLU 051033235 |

**EXPORT REFERENCES**

SC EB07/1038

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC. 1912 E. VERNON AVE., SUITE 100, VERNON, CA 90058,USA TEL:323-234-9000 FAX: 323-235-5500 | SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW |

**POINT AND COUNTRY OF ORIGIN OF GOODS**

ZHANJIANG,GD,PRC

**NOTIFY PARTY (Name and Full Address)**

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000 FAX: 323-235-5500

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE
DRIVE, RANCHO DOMINGUEZ,
CA 90221,USA
FAX:1-310-537-6254

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | ZHANJIANG, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAIYI        815 | ZHANJIANG, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES,CA,USA | VERNON, CA,USA |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 966 CTNS | FREIGHT PREPAID A)LV09905.00.00   SLAC CY/CY FROZEN BREADED BUTTERFLY WHITE SHRIMP (PENAEUS VANNAME) GOODS ARE STORED AND TRANSPORTED IN REEFER CONTAINER, TEMPERATURE SET AT MINUS 18 DEGREES CELSIUS. PO NO.: 2-12644 CONTRACT NO.:GL-C07755 FDA REG.NO.FOR PACKER:17104720778 FDA REG.NO.FOR I.G.F.:13122501240 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL. FREIGHT PREPAID CLEAN ON BOARD DECEMBER 04,2007 TAI YI V.815E, ZHANJIANG ,CHINA (NINE HUNDRED AND SIXTY SIX CARTONS ONLY) | 16250.000KG 35825.075LB | 56.000M3 1977.623CF |
| ***CTR NBR** APRU573973-0 | ****SEAL NBR**** AA0150304 | T/S HT    MODE    QUANT/TYPE R40 96  CY/ CY   966CTNS    CONTINUED ON FOLLOWING PAGE | WEIGHT 16250.00KG ** FREIGHT PREPAID ** ***** APL COPY ***** ** NON-NEGOTIABLE * | MSMT 56.000M3 |

| BL TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|
| GGZ | GUANGZHOU,GD,PRC | | |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.    **THE CARRIER**

AMERICAN PRESIDENT
LINES, LTD.

By:
    Authorized Signature:
Date and
Place Issued:

| 917 Vessel | 815 Voyage | Office | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 00413421 | 00365510 | 00419846 | | ZHJ | SPO | VCA | | Y | APLU 051033235 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL

## BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>ZHANJIANG GUOLIAN AQUATIC PRODUCTS CO.,LTD.<br>NO.6 YONGPING SOUTH ROAD, PINGLE INDUSTRY DEVELOPMENT REGION, ZHANJIANG,GUANGDONG PROVINCE,CHINA | **BOOKING NUMBER** 051033235  **B/L NUMBER PAGE  2  OF  2**<br>APLU 051033235<br>**EXPORT REFERENCES**<br>SC EB07/1038 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000, FAX: 323-235-5500

**FORWARDING AGENT** (References, F.M.C. No.)
SHANTOU PINGYE INTERNATIONAL F5 FLOOR, HANGYUN BUILDING NO.142 HONGW
**POINT AND COUNTRY OF ORIGIN OF GOODS**
ZHANJIANG,GD,PRC

**NOTIFY PARTY** (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVE., SUITE 100,
VERNON, CA 90058,USA
TEL:323-234-9000, FAX: 323-235-5500

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

MAERSK CUSTOMS SERVICE INC.
2999 PACIFIC COMMERCE DRIVE, RANCHO DOMINGUEZ, CA 90221,USA
FAX:1-310-537-6254

"FOR STORE DOOR DELIVERY"

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT<br>ZHANJIANG, CHINA |
|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>TAIYI           815 | **PORT OF LOADING**<br>ZHANJIANG, CHINA |
| **PORT OF DISCHARGE**<br>LOS ANGELES,CA,USA | **PLACE OF DELIVERY**<br>VERNON, CA,USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR*** | ****SEAL NBR**** | T/S HT    MODE    QUANT/TYPE<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT | MSMT |
| | | | | |
| | | ** FREIGHT PREPAID ** | | |
| | | SHIPPED ON BOARD   DEC. 04, 2007 | ***** APL COPY ****<br>** NON-NEGOTIABLE * | |

| B/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.<br>A set of    3    originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.        THE CARRIER |
| OCF | 1VN | 3000/VAN | 3000.00 | | | |
| THC | US$ | 344/VAN | 344.00 | | | AMERICAN PRESIDENT LINES, LTD. |
| AMS | US$ | 10/EA | 10.00 | | | |
| DOC | RMB | 125/EA | 16.82 | | 125.00P | By: |
| | | | | | | Authorized Signature: |
| 917 | 815 | TOTAL PREPAID | GGZ | 3370.82 | | Date and    DEC. 04,2007 |
| Vessel | Voyage | Office | TOTAL COLLECT | | 125.00 | Place Issued: GUANGZHOU,GD |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS.PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
| 00413421 | 00385510 | 00442846 | 2UJ | SDO | VGA | Y | APLU 051033235 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

# APL — BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| HUNAN YAHUA AQUATIC PRODUCTS CO., LTD. 59, CHANGYI ROAD, HUNAN, CHINA. 413000 | 063094910 | PAGE 1 OF 1 APLU 063094910 |

**EXPORT REFERENCES**
CR# APLU063094910

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | FORWARDING AGENT (Reference, F.M.C. No.) |
|---|---|
| INTERNATIONAL GOURMET FISHERIES INC. 1912 E. VERNON AVE, SUITE 100 VERNON, CA 90058 | PENAVICO QINGDAO |

**POINT AND COUNTRY OF ORIGIN OF GOODS**
QINGDAO, CHINA

**NOTIFY PARTY (Name and Full Address)**
INTERNATIONAL GOURMET FISHERIES INC. 1912 E.VERNON AVE, SUITE 100 VERNON, CA 90058

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION**
MAERSK CUSTOMS SERVICES INC. 2999 PACIFIC COMMERCE DRIVE RANCHO DOMINGUEZ, CA 90221, USA FAX:1-310-537-6254 *,USA

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
|  | QINGDAO, CHINA |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| APL CHINA 122 | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA* | BUENA PARK, CA* |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side   PARTICULARS FURNISHED BY SHIPPER   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | SC GB07/0138E 2700 CARTONS | A)LV09900.00.00 SVC NO.:GB07/0138 RIVER CAGE FARM RAISE, CHEM FREE CHANNEL CATFISH PORTION NO POND FISH ALLOW TEMPERATURE:-20'C BENEFICIARY AS SHIPPER FREIGHT PREPAID INCLUDING DESTINATION DELIVERY CHARGES. BAF PREPAID CONTRACT NO.:2-13269 MLB CY-DOOR PACKER'S FDA NO.:17869745692 THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. (TWO THOUSAND SEVEN HUNDRED CARTONS ONLY)  SLAC CY/CY | 18738.000KG 41310.170LB | 50.000M3 1765.735CF |

| ***CTR NBR*** | ****SEAL NBR**** | T/S HT | MODE | QUANT/TYPE | WEIGHT | MSMT |
|---|---|---|---|---|---|---|
| APRU581074-1 | 271376 | R40 96 | CY/ CY | 2700CTNS | 18738.00KG | 50.000M3 |

** SHIPPER'S LOAD, STOW AND COUNT **
** FREIGHT PREPAID **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD APR. 10, 2008

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT |
|---|---|
| TSI | QINGDAO, CHINA |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|---|
| OCF |  | 1VN 2290/VAN | 2290.00 |  |  |
| BSC | US$ | 240/VAN | 240.00 |  |  |
| DDC | US$ | 835/VAN | 835.00 |  |  |
| IMS | US$ | 84/VAN | 84.00 |  |  |
| THC | RMB | 610/VAN | 86.93 |  | 610.00P |
| AMS | US$ | 10/EA | 10.00 |  |  |
| DOC | RMB | 125/EA | 17.81 |  | 125.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on the side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void. THE CARRIER

AMERICAN PRESIDENT LINES, LTD.

By:
Authorized Signature
Date and Place Issued: APR. 10, 2008 QINGDAO, CHI

| | | | | TOTAL PREPAID | TSI | 3563.74 | | 735.00 |
|---|---|---|---|---|---|---|---|---|
| A01 | 122 |  |  | TOTAL COLLECT | | | | |
| Vessel | Voyage | Office | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FCC 00325092 | FORWARDER 00470297 | SHIPPER 00449846 | CONSIGNEE TSI | LD. PORT SPO | DIS. PORT PDK | DEST. | NOTIFY | Y CSC | APLU 063094910 B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| PT. INDU MANIS<br>JALAN KIG RAYA BARAT KAV. G-01<br>(GRESIK INDUSTRIAL ESTATE)<br>GRESIK, 61121 INDONESIA | 073816514 | APLU 073816514 PAGE 1 OF 1 |

**EXPORT REFERENCES**

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) | |
|---|---|
| TO ORDER OF<br>CATHAY BANK LOS ANGELES, CA | FORWARDING AGENT (References, F.M.C. No.) |

**POINT AND COUNTRY OF ORIGIN OF GOODS**

SURABAYA

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION |
|---|---|
| INTERNATIONAL GOURMET FISHERIES INC<br>1912 E. VERNON AVENUE, SUITE 100<br>VERNON, CA 90058** | **MAERSK CUSTOMS SERVICES INC<br>2999 PACIFIC COMMERCE DRIVE<br>RANCHO DOMINGUEZ CA 90221<br>FAX : 1-310-537-6254<br>*INDONESIA<br>SIN/APL AUSTRALIA V.037 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | SURABAYA* |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| SINAR BALI       258 | SURABAYA* |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES, CA USA | VERNON, CA USA |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side

## PARTICULARS FURNISHED BY SHIPPER

Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SC GB07/0138E<br>1774 | CTNS AA)LV03130.00.00 SLAC CY/CY | FREIGHT PREPAID<br>1774 CARTONS OF FROZEN SHRIMPS<br>FREIGHT PREPAID INCLUDING<br>DESTINATION DELIVERY CHARGE<br>NW: 16,641.57 KGS<br>GW: 18,061.00 KGS<br>SHIPMENT TO DISCHARGE PORT LOS<br>ANGELES, CA USA FINAL DESTINATION<br>VERNON, CA USA<br><br>CARGO IS STOWED IN A REFRIGERATED<br>CONTAINER SET AT THE SHIPPER'S<br>REQUESTED CARRYING TEMPERATURE OF<br>MINUS EIGHTEEN (-18) DEGREES<br>CELSIUS | 18061.000KG<br>39817.642LB | 50.000M3<br>1765.735CF |

***CTR NBR** ****SEAL NBR**** T/S HT    MODE    QUANT/TYPE
APRU582267-6 8611725    R40 96  CY/ CY  1774CTNS
** SHIPPER'S LOAD, STOW AND COUNT **

***** APL COPY ****
** NON-NEGOTIABLE *

SHIPPED ON BOARD BY SINAR BALI 258   JUN. 05, 2008

| B/L TO BE RELEASED AT | | | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|---|---|
| SUR | | | | | | | |

| FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN | 3525/VAN | 3525.00 | | |
| BSC | US$ | 995/VAN | 995.00 | | |
| IMS | US$ | 111/VAN | 111.00 | | |
| THC | US$ | 209/VAN | 209.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | IDR | 100000/EA | 10.72 | | 100000.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if requested, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void. THE CARRIER

## APL CO. PTE. LTD.

By:

Authorized Signature:

Date and Place Issued: JUN. 05, 2008   SURABAYA

| | | | TOTAL PREPAID | SUR | 4860.72 | | | | 100000.00 |
|---|---|---|---|---|---|---|---|---|---|
| 000 | 258 | | | | | | | | |
| Vessel | Voyage | Office | TOTAL COLLECT | SUR | | | | | |

| FCC | FORWARDER | 00481970 | 00449846 | SHIPPER | CONSIGNEE | SUR | SRO | VGA | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | APLU 073816514 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER PAGE 1 OF 2 |
|---|---|---|
| PT.CENTRALWINDU SEJATI<br>JL MEDAN BELAWAN KM 10.5<br>MEDAN, INDONESIA | 073702769 | APLU 0737027.69 |

**EXPORT REFERENCES**

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.) |
|---|
| TO THE ORDER OF<br>KRUNG THAI BANK PUBLIC CO., LTD.<br>LOS ANGELES INTERNATIONAL BRANCH |

**FORWARDING AGENT (References, F.M.C. No.)**

**NOTIFY PARTY (Name and Full Address)**

RED CHAMBER COMPANY
1912 E VERNON AVE, VERNON, CA 900058,
U.S.A. AND MAERSK CUSTOMS SERVICES,INC
2999 PACIFIC COMMERCE DRIVE,
RANCHO DOMINGUEZ, CA 90221 **

**POINT AND COUNTRY OF ORIGIN OF GOODS**

BELAWAN, ID

**ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/**
**EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**

**FAX. (310) 537-6254 AND
INTERNATIONAL GOURMET FISHERIES,INC.
1912 E. VERNON AVE. VERNON, CA
900058, U.S.A.
SIN / APL CANADA V.159
*INDONESIA

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | BELAWAN,MEDAN, * |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TANTO STAR     943 | BELAWAN,MEDAN, * |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| L.A.,CA | BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SC EB07/0526<br>3335 | 3335 | CTNS AA)LV03130.00.00  SLAC CY/CY<br>3335 CARTONS OF CULTURE SHRIMP<br>PEELED AND DEVEINED<br>WHITE  IQF<br>P.O. NO. 2-12140 DD 8/29/07<br>FREIGHT PREPAID INCLUDING<br>DESTINATION DELIVERY CHARGE<br>NET : 15,127.56KGS = 33,350.00 LBS<br>GROSS: 17,396.69 KGS= 38,352.50 LBS<br><br>"CARGO IS STOWED IN A REFRIGERATED<br>CONTAINER SET AT THE SHIPPER'S<br>REQUESTED CARRYING TEMPERATURE OF<br>MINUS TWENTY (-20) DEGREES CELCIUS"<br><br>L/C NO. LA 0744020<br>DATED 17 SEPTEMBER 2007<br>ISSUED BY KRUNG THAI BANK PUBLIC<br>COMPANY LIMITED LOS ANGELES CA US | 17396.690KG<br>38353.091LB | 45.000M3<br>1589.162CF |
| ***CTR NBR**<br>APRU507184-7 | | FREIGHT PREPAID |  |  |
| ****SEAL NBR****<br>APL-6932957 | | T/S HT    MODE    QUANT/TYPE<br>R40 96  CY/ CY  3335CTNS<br>CONTINUED ON FOLLOWING PAGE | | |

***** APL COPY ****
** NON-NEGOTIABLE *

| BL TO BE RELEASED AT   BLA | OCEAN FREIGHT PAYABLE AT | |
|---|---|---|

| FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of ___3___ originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

APL CO. PTE. LTD.

| | | By: |
|---|---|---|
| | | Authorized Signature: |
| | | Date and |
| | | Place Issued |

| 000 | 943 | | TOTAL PREPAID | | |
|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | |

| FCC | FORWARDER | 00445411 | 55700901 | BLA | SDO | BPK | | Y | APLU 073702769 |
|---|---|---|---|---|---|---|---|---|---|
| | | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# APL   BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>PT.CENTRALWINDU SEJATI<br>JL MEDAN BELAWAN KM 10.5<br>MEDAN, INDONESIA | BOOKING NUMBER<br>073702769 | B/L NUMBER PAGE   2  OF   2<br>APLU 073702769 |
| | EXPORT REFERENCES | |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO THE ORDER OF
KRUNG THAI BANK PUBLIC CO., LTD.
LOS ANGELES INTERNATIONAL BRANCH

FORWARDING AGENT (References, F.M.C. No.)

POINT AND COUNTRY OF ORIGIN OF GOODS
BELAWAN, ID

**NOTIFY PARTY** (Name and Full Address)

RED CHAMBER COMPANY
1912 E VERNON AVE, VERNON, CA 900058,
U.S.A. AND MAERSK CUSTOMS SERVICES,INC
2999 PACIFIC COMMERCE DRIVE,
RANCHO DOMINGUEZ, CA 90221 **

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

**FAX. (310) 537-6254 AND
INTERNATIONAL GOURMET FISHERIES,INC.
1912 E. VERNON AVE. VERNON, CA
900058, U.S.A.
SIN / APL CANADA V.159
*INDONESIA

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT*<br>BELAWAN,MEDAN,* |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>TANTO STAR     943 | PORT OF LOADING<br>BELAWAN,MEDAN,* |
| PORT OF DISCHARGE<br>L.A.,CA | PLACE OF DELIVERY*<br>BUENA PARK, CA |

Excess Valuation Please refer to Clause 7 (III) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** T/S HT   MODE   QUANT/TYPE<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | | | |

SHIPPED ON BOARD TANTO STAR V.943   SEP. 17, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| | | | |
|---|---|---|---|
| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |

| | FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| OCF | 1VN   3400/VAN | 3400.00 | | | |
| BSC | US$    680/VAN | 680.00 | | | |
| IMS | US$     64/VAN | 64.00 | | | |
| THC | US$    209/VAN | 209.00 | | | |
| AMS | US$     10/EA | 10.00 | | | |
| DOC | IDR 100000/EA | 10.66 | | 100000.00P | |

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER
APL CO. PTE. LTD.

By:
Authorized Signature

| 000 | 943 | | TOTAL PREPAID | BLA | 4373.66 | | 100000.00 | | Date and<br>Place Issued: | SEP. 17, 2007 |
| Vessel | Voyage | Office | TOTAL COLLECT | BLA | | | | | | BELAWAN, ID |
| FCC | FORWARDER | | 00445411 | 55709901 | BLA | SPO | BPK | Y | APLU 073702769 |
| | | | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| P.T. ROYAL FISHERIES INDONESIA<br>DS. BULUSARI-GEMPOL<br>PASURUAN EAST JAVA<br>INDONESIA | 073810066 | APLU 073810066 | |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO THE ORDER OF KRUNG THAI BANK PUBLIC CO. LTD
LOS ANGELES, INTERNATIONAL BRANCH

**EXPORT REFERENCES**

**FORWARDING AGENT** (References, F.M.C. No.)
RAHAYU PERDANA TRANS

**POINT AND COUNTRY OF ORIGIN OF GOODS**
SURABAYA, *

**NOTIFY PARTY** (Name and Full Address)
RED CHAMBER COMPANY
1912 E. VERNON AVE
VERNON, CA., 90058 USA AND **

**ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

* INDONESIA
# CA., U.S.A.

** MAERSK CUSTOMS SERVICES INC.,
2999 PACIFIC COMMERCE DRIVE
RANCHO DOMINGUEZ, CA 90221
FAX:(310) 537 6254 AND
   INTERNATIONAL GOURMET FISHERIES INC
SIN / APL SCOTLAND V.161
## AT SURABAYA, INDONESIA

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | SURABAYA, * |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA WISATA     068 | SURABAYA, * |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES, # | BUENA PARK, # |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side | **PARTICULARS FURNISHED BY SHIPPER** | Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| SC GB07/0138E<br>1800 | 1800 | | FREIGHT PREPAID<br>CONTRACT NO : GB07/0138<br>CTNS  AA)LV03130.00.00  SLAC CY/CY<br>1,800 CARTONS OF<br>PER CONTRACT NO. 091407 DD 9/14/07<br>CFR BUENA PARK, CA.,USA (FROZEN SHRIMP)<br><br>NETT WEIGHT: 16,329.49 KGS<br>GROSS WEIGHT: 19,980.00 KGS<br><br>L/C NO. LA0744019<br>DATED:070917<br>ISSUED BY KRUNG THAI BANK PUBLIC<br>COMPANY LIMITED LOS ANGELES, CA., US<br><br>GOODS ARE STOWED IN A<br>REFRIGERATED<br>CONTAINER AT A TEMPERATURE OF<br>MINUS 18 DEGREES CELCIUS OR LOWER<br>FREIGHT PREPAID INCLUDING<br>DESTINATION DELIVERY CHARGE<br>       CONTINUED ON FOLLOWING PAGE | 19980.000KG<br>44048.308LB | 45.000M3<br>1589.162CF |

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | SUR | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of **3** originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

APL CO. PTE. LTD.

By:
_____
Authorized Signature:
Date and
Place Issued:

| 309 | 068 | | TOTAL PREPAID | |
|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | |

| FCC | 00000000<br>FORWARDER | 00500006<br>SHIPPER | 55700001<br>CONSIGNEE | SUR<br>LD. PORT | SPO<br>DIS. PORT | BPK<br>DEST. | NOTIFY | Y<br>CSC | APLU 073810066<br>B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**                                **BILL OF LADING**

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| P.T. ROYAL FISHERIES INDONESIA DS. BULUSARI-GEMPOL PASURUAN EAST JAVA INDONESIA | 073810066 | PAGE 2 OF 2 APLU 073810066 |

EXPORT REFERENCES

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment 'To Order' means To Order of Shipper.)

TO THE ORDER OF KRUNG THAI BANK PUBLIC
CO., LTD
LOS ANGELES, INTERNATIONAL BRANCH

FORWARDING AGENT (References, F.M.C. No.)

RAHAYU PERDANA TRANS

**NOTIFY PARTY** (Name and Full Address)

RED CHAMBER COMPANY
1912 E. VERNON AVE
VERNON, CA., 90058 USA AND **

POINT AND COUNTRY OF ORIGIN OF GOODS

SURABAYA, *

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

* INDONESIA
# CA., U.S.A.

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
|  | SURABAYA, * |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA WISATA      068 | SURABAYA, * |

** MAERSK CUSTOMS SERVICES INC.,
2999 PACIFIC COMMERCE DRIVE
RANCHO DOMINGUEZ, CA 90221
FAX:(310) 537 6254 AND
   INTERNATIONAL GOURMET FISHERIES INC

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES, # | BUENA PARK, # |

SIN / APL SCOTLAND V.161
## AT SURABAYA, INDONESIA

Excess Valuation Please refer to Clause 7 (III) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
|  |  | "CARGO IS STOWED IN A REFRIGERATED CONTAINER SET AT THE SHIPPER'S REQUESTED CARRYING TEMPERATURE OF MINUS EIGHTEEN (-18) DEGREES CELSIUS" |  |  |
| ***CTR NBR** APRU574776-2 | ****SEAL NBR**** 6953119 | T/S HT   MODE   QUANT/TYPE R40 96  CY/ CY  1800CTNS ** SHIPPER'S LOAD, STOW AND COUNT ** |  |  |

SHIPPED ON BOARD BY KOTA WISATA 068 ## NOV. 08, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of
the container or packages or other shipping units
said to contain the Goods described above in apparent
external good order and condition unless otherwise
stated. The Shipper agrees and the Consignee and every
person purchasing this instrument for value, if nego-
tiable, or otherwise having an interest in the Goods is
advised that the receipt, custody, carriage and delivery
of the Goods are subject to all the terms and conditions
set forth and incorporated by reference on this side and
the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby
issued by the Carrier. Upon surrender to the Carrier
of any one negotiable bill of lading, properly endorsed,
all others shall stand void.    THE CARRIER

APL CO. PTE. LTD.

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| OCF | 1VN | 3525/VAN | 3525.00 | |  |
| BSC | US$ | 240/VAN | 240.00 | |  |
| IMS | US$ | 67/VAN | 67.00 | |  |
| THC | US$ | 209/VAN | 209.00 | |  |
| AMS | US$ | 10/EA | 10.00 | |  |
| DOC | IDR | 100000/EA | 11.00 | | 100000.00P |

By:
Authorized Signature

| 308 | 068 | | TOTAL PREPAID | SUR | 4062.00 | | 100000.00 | Date and NOV. 08, 2007 |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | Place Issued SURABAYA |

| FCC | 00000000 | 00500006 | 55700001 | SUR | SRO | BBK | Y | APLU 073810066 |
|---|---|---|---|---|---|---|---|---|
|  | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150 1/98

**APL**

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| P.T. ROYAL FISHERIES INDONESIA<br>DS. BULUSARI-GEMPOL<br>PASURUAN EAST JAVA<br>INDONESIA | 073806466 | PAGE   1   OF   2<br>APLU 073806466 |

EXPORT REFERENCES

CONSIGNEE   (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF CATHAY BANK
LOS ANGELES, CA

FORWARDING AGENT (References, F.M.C. No.)

RAHAYU PERDANA TRANS

POINT AND COUNTRY OF ORIGIN OF GOODS

SURABAYA, *

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVENUE, SUITE 100,
VERNON, CA 90058, U.S.A. *)

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

* INDONESIA
# CA. U.S.A.
** EXPRESS
*) ALSO NOTIFY MAERSK CUSTOMS
SERVICES INC.
2999 PACIFIC COMMERCE DRIVE
RANCHO DOMINGUEZ,
CA 90221 FAX : 1-310-537-6254
## AT SURABAYA, INDONESIA
SIN/APL HOLLAND V.157

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | SURABAYA, * |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| ANDALUSIAN **   166 | SURABAYA, * |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LOS ANGELES, # | BUENA PARK,  # |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPER**   Payment by Cheque must be made to the order of APL Co. Pte Ltd.

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| SC GB07/0138E | 1800 | CTNS | FREIGHT PREPAID<br>CONTRACT NO. GB07/0138<br>AA) LV03130.00.00   SLAC CY/CY<br>1800 CARTONS<br>OF FROZEN SHRIMP CFR BUENA PARK,<br>CA.<br><br>NETT WEIGHT: 16,329.49 KGS<br>GROSS WEIGHT : 19,980.00 KGS<br>L/C NO. ILCS070168<br>DATED: 070126<br>ISSUED BY CATHAY BANK<br>900 W. 6 TH STREET<br>LOS ANGELES CALIF, USA<br><br>GOODS ARE STOWE IN A REFRIGERATED<br>CONTAINER AT A TEMPERATURE OF<br>MINUS EIGHTEEN (-18) DEGREES<br>CELCIUS OR LOWER<br><br>FREIGHT PREPAID INCLUDING<br>DESTINATION DELIVERY CHARGE<br><br>CONTINUED ON FOLLOWING PAGE | 19980.000KG<br>44048.308LB | 45.000M3<br>1589.162CF |

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | SUR | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   **THE CARRIER**

**APL CO. PTE. LTD.**

By:

Authorized Signature:

Date and

Place Issued:

| 000 | 166 | Office | TOTAL PREPAID | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | | TOTAL COLLECT | | | |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 00143043 | 00509996 | 00143846 | | SUR | SRO | BPK | | Y | APLU 073806466 |

* APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98

**APL**

# BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>P.T. ROYAL FISHERIES INDONESIA<br>DS. BULUSARI-GEMPOL<br>PASURUAN EAST JAVA<br>INDONESIA | BOOKING NUMBER<br>073806466 |

| | |
|---|---|
| B/L NUMBER **PAGE  2  OF  2**<br>APLU 073806466 |
| EXPORT REFERENCES |

CONSIGNEE  (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)

TO ORDER OF CATHAY BANK
LOS ANGELES, CA

FORWARDING AGENT (References, F.M.C. No.)
RAHAYU PERDANA TRANS

NOTIFY PARTY (Name and Full Address)

INTERNATIONAL GOURMET FISHERIES, INC.
1912 E. VERNON AVENUE, SUITE 100,
VERNON, CA 90058, U.S.A. *)

POINT AND COUNTRY OF ORIGIN OF GOODS
SURABAYA, *

ALSO NOTIFY (Name and Full Address) /DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION

* INDONESIA
# CA. U.S.A.
** EXPRESS
*) ALSO NOTIFY MAERSK CUSTOMS
SERVICES INC.
2999 PACIFIC COMMERCE DRIVE
RANCHO DOMINGUEZ
CA 90221 FAX : 1-310-537-6254
## AT SURABAYA, INDONESIA
SIN/APL HOLLAND V.157

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* SURABAYA, * |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) ANDALUSIAN **  166 | PORT OF LOADING SURABAYA, * |
| PORT OF DISCHARGE LOS ANGELES, # | PLACE OF DELIVERY* BUENA PARK, # |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side

PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | H | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| **CTR NBR**<br>APRU509510-8 | ****SEAL NBR****<br>6927631 | | T/S HT   MODE   QUANT/TYPE<br>R40 96  CY/ CY  1800CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | |

SHIPPED ON BOARD BY ANDALUSIAN EXPRESS 166## JUN. 29, 2007

***** APL COPY ****
** NON-NEGOTIABLE *

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

| | | | | | |
|---|---|---|---|---|---|
| OCF | 1VN | 3525/VAN | 3525.00 | | |
| BSC | US$ | 240/VAN | 240.00 | | |
| IMS | US$ | 64/VAN | 64.00 | | |
| THC | US$ | 209/VAN | 209.00 | | |
| AMS | US$ | 10/EA | 10.00 | | |
| DOC | IDR | 100000/EA | 11.33 | | 100000.00P |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.   THE CARRIER

APL CO. PTE. LTD.

| | | | TOTAL PREPAID | SUR | | |
|---|---|---|---|---|---|---|
| 000 | 166 | | | | | |
| Vessel | Voyage | Office | TOTAL COLLECT | SUR | 4059.33 | 100000.00 |

By:

Authorized Signature:

Date and   JUN. 29, 2007
Place issued:   SURABAYA

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD. PORT | DIS. PORT | DEST. | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 00143043 | 00599996 | 00443046 | SUR | SRG | BPK | | Y | APLU 073806466 |

APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

20-00-150  1/98