# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4704 ODW(RCx) | Date | October 5, 2010 |
|---|---|---|---|
| Title | American President Lines Ltd. v. International Gourmet Fisheries, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**  **Order to Show Cause re Case Settlement; Order Continuing Scheduling Conference**

The Court is in receipt of the Notice of Settlement [15] filed October 4, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, November 15, 2010 at 1:30 p.m.**

The Scheduling Conference set for October 18, 2010 is CONTINUED to **Monday, November 15, 2010 at 1:30 p.m.**

The OSC hearing and Scheduling Conference will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | RGN |